LUANNE SACKS (Bar No. 120811)
luanne.sacks@dlapiper.com
CARTER W. OTT (Bar No. 221660)
carter.ott@dlapiper.com
ALEC CIERNY (Bar No. 275230)
alec.cierny@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Defendant
AVANQUEST NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVANQUEST NORTH AMERICA, INC., a California corporation,<br><br>Defendant. | CASE NO.  3:12-CV-04391-SI<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE**<br><br>Judge:   Hon. Susan Illston<br>Dept:    Courtroom10 |

To provide defendant Avanquest North America Inc. ("Avanquest") with further time in which to resolve the scope of its intended pleading challenge in response to the Complaint and to account for the upcoming holiday season, the parties have conferred and agreed to alter their stipulated schedule for briefing Avanquest's pleading challenge. The parties do not seek to continue or otherwise alter the hearing regarding that motion, currently scheduled for January 18, 2013, at 9:00 a.m.

Based on the foregoing and pursuant to Local Rule 6-1 of the Northern District of California, the parties, by and through their attorneys of record, hereby stipulate and agree to amend the briefing schedule regarding Avanquest's pleading challenge as follows:

1. Avanquest's last day to file its pleading challenge is extended from November 16, 2012 to <u>November 21, 2012</u>.

2. Plaintiff's last day to file its opposition to Avanquest's pleading challenge is extended from December 7, 2012 to <u>December 12, 2012</u>.

3. Avanquest's last day to file its reply in support of its pleading challenge is extended from December 28, 2012 to <u>January 4, 2013</u>.

The parties have made two previous requests to modify these dates and deadlines. *See* Docket Nos. 16 and 24.

Dated: November 13, 2012         **EDELSON MCGUIRE, LLC**

                                               By: /s/ Benjamin H. Richman
                                                  BENJAMIN H. RICHMAN
                                                  Counsel for Plaintiff Benson Worley

Dated: November 13, 2012         **DLA PIPER LLP (US)**

                                               By: /s/ Carter Ott
                                                  CARTER OTT
                                                  Counsel for Defendant Avanquest North
                                                  America, Inc.

1  I, Carter Ott, am the ECF user whose identification and password are being used to file the
2  foregoing Stipulation And [Proposed] Order Amending Briefing Schedule.  I hereby attest that
3  the above-referenced signatory to this stipulation has concurred in this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Avanquest shall file its pleading challenge on or before November 21, 2012.

2. Plaintiff shall file his opposition to Avanquest's pleading challenge on or before December 12, 2012.

3 Avanquest shall file any reply brief in support of its pleading challenge on or before January 4, 2013.

Dated:  __11/13_____, 2012

By: _____/s/ Susan Illston_____
Honorable Susan Illston
United States District Court Judge

The motion hearing is scheduled for 1/25/13 at 9 a.m.

The case management conference is continued to 2/22/13, at 2:30 p.m.