```
JAY EDELSON (Admitted Pro Hac Vice)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted Pro Hac Vice)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted Pro Hac Vice)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted Pro Hac Vice)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
```

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AVANQUEST NORTH AMERICA, INC., a California corporation,<br><br>*Defendant*. | Case No. 3:12-cv-04391-SI<br><br>**STIPULUATION AND [PROPOSED] ORDER**<br><br>Date: February 22, 2013<br>Time: 2:30 p.m.<br>Judge: Honorable Susan Illston<br>Courtroom: Rm. 10 (19th Floor) |

Plaintiff Benson Worley and Defendant Avanquest North America, Inc. ("Avanquest") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, (i) to continue the deadline for Plaintiff to file an amended pleading, (ii) that Plaintiff may name Mr. Johnny Boyd as an additional party-plaintiff, (iii) to continue the case management conference currently set for February 22nd, and (iv) to set a briefing schedule on Avanquest's anticipated challenge to Plaintiff's amended pleading. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on August 21, 2012, Plaintiff Worley filed his putative class action complaint asserting claims against Avanquest related to its alleged deceptive design and marketing of certain of its utility software products—namely, System Suite PC Tune-Up & Repair (which Worley alleges he purchased) and Fix-it Utilities, (Dkt. 1);

WHEREAS, Avanquest later filed its motion to dismiss the complaint (Dkt. 32), which the Court granted, in part, and denied, in part. In its Order, the Court also set February 15th as the deadline for Plaintiff to file an amended pleading (if any), (Dkt. 48);

WHEREAS, shortly thereafter, the Parties held a meet and confer pursuant to Federal Rule 26(f) and discussed various issues related to scheduling, discovery, and the substance of Plaintiff Worley's remaining claims, including as they relate to the Fix-It Utilities software;

WHEREAS, following the Parties' 26(f) conference and having reviewed the Court's Order on Avanquest's motion to dismiss, Plaintiff has determined that it is necessary to name as an additional-party plaintiff Mr. Johnny Boyd, who alleges that he purchased Avanquest's Fix-It Utilities software;

WHEREAS, the Parties have conferred regarding Plaintiff's intention to name Mr. Boyd as a party-plaintiff, and Avanquest has no objection. However, as a result of Plaintiff's need to further revise his pleadings to add Mr. Boyd, the Parties have also agreed that Plaintiff's deadline to file an amended pleading should be continued one week, from February 15th to February 22nd;

WHEREAS, the Parties have further conferred and agreed that to accommodate the time necessary for them to prepare, and the Court to consider, briefing on Avanquest's anticipated pleading challenge, the case management conference currently scheduled for February 22 should be continued until after a hearing on the challenge and that a briefing schedule should be set as follows:

**Deadline to File Pleading Challenge:**     March 8, 2013

**Deadline to File Opposition to Pleading Challenge:**     March 22, 2013

| | |
|---|---|
| **Deadline to File Reply in Support of Pleading Challenge:** | April 2, 2013 |
| **Hearing on Pleading Challenge:** | April 19, 2013 (or such other date and time as the Court is available) |
| **Deadline to Submit Joint Case Management Statement:** | May 3, 2013 (or two (2) weeks following such other date as the Court may set for the hearing on Avanquest's pleading challenge) |
| **Case Management Conference and Deadline to Exchange Initial Disclosures:** | May 10, 2013 (or three (3) weeks following such other date as the Court may set for the hearing on Avanquest's pleading challenge) |

WHEREAS, good cause exists to enter the instant stipulation and the Parties do not seek the relief contemplated herein for any improper purpose. The parties have not previously requested a modification of these dates and deadlines.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Plaintiff shall name Mr. Johnny Boyd as an additional party-plaintiff in his anticipated amended pleading and do so no later than February 22, 2013.

2. Defendant shall file its challenge to Plaintiff's amended pleading no later than March 8, 2013; Plaintiff shall file his opposition to the pleading challenge no later than March 22, 2013; and, Defendant shall file its reply in support of the pleading challenge no later than April 2, 2013.

3. The hearing on Defendant's pleading challenge shall be set for April 19, 2013 at 9:00 a.m.

4. The case management conference currently set for February 22, 2013 shall be continued to May 10, 2013 at 2:30 p.m., and the Parties shall submit a joint case management statement seven days prior to the conference, on May 3, 2013.

5. The Parties shall serve their respective initial disclosures no later than May 10, 2013.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
| | | **BENSON WORLEY**, individually and on behalf of all others similarly situated, |
| Dated: February 13, 2013 | | By: /s/ Benjamin H. Richman |
| | | One of Plaintiff's Attorneys |

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
ARI J. SCHARG (Admitted *Pro Hac Vice*)
ascharg@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

**AVANQUEST NORTH AMERICA, INC.**,

Dated: February 13, 2013        By:   /s/ Carter Ott
                                      CARTER OTT

LUANNE SACKS (SBN 120811)
luanne.sacks@dlapiper.com
CARTER W. OTT (SBN 221660)
carter.ott@dlapiper.com
ALEC CIERNY (SBN 275230)
alec.cierny@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

I, Benjamin H. Richman, am the ECF user whose identification and password are being used to file the foregoing Stipulation And [Proposed] Order. I hereby attest that the above-referenced signatory to this stipulation has concurred in this filing

STIPULATION AND [PROPOSED] ORDER                4                CASE NO. 3:12-CV-04391-SI

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

ENTERED: __2/14/13_____     _____
                              HONORABLE SUSAN ILLSTON
                              UNITED STATES DISTRICT JUDGE