1  LUANNE SACKS (Bar No. 120811)
   luanne.sacks@dlapiper.com
2  MIKE SCOTT (Bar No. 255282)
   mike.scott@dlapiper.com
3  ALEC CIERNY (Bar No. 275230)
   alec.cierny@dlapiper.com
4  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
5  San Francisco, CA 94105-2933
   Tel: 415.836.2500
6  Fax: 415.836.2501

7  JOSEPH COLLINS (Admitted *Pro Hac Vice* )
   joseph.collins@dlapiper.com
8  DLA Piper LLP (US)
   203 North LaSalle Street, Suite 1900
9  Chicago, Illinois 60601-1293
   Tel: 312.368.2143
10 Fax: 312.630.7385

11 Attorneys for Defendant
   AVANQUEST NORTH AMERICA, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

| 17 | BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all others similarly situated, | CASE NO. 3:12-CV-04391-SI |
| --- | --- | --- |
| 18 | | |
| 19 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| 20 | v. | Judge: Hon. Susan Illston |
| 21 | AVANQUEST NORTH AMERICA, INC., a California corporation, | |
| 22 | Defendant. | |
| 23 | | |
| 24 | | |

25     Plaintiffs Benson Worley and Johnny Boyd, and Defendant Avanquest North America,

26 Inc. ("Avanquest") (collectively, the "Parties"), by and through their undersigned counsel, hereby

27 stipulate and agree, subject to Court approval, (i) to continue the Initial Case Management

28

-1-

1  Conference and deadline to exchange initial disclosures, currently scheduled for Friday, May 10,
2  2013, to Friday, July 12, 2013 (or such later date and time as may be convenient for the Court),
3  and (ii) to extend the date for filing the Parties' Joint Initial Case Management Conference
4  Statement and Fed. R. Civ. Proc. 26(f) Discovery Plan from Friday, May 3, 2013 to Friday, July
5  5, 2013 (or one week before the date selected by the Court for the rescheduled Initial Case
6  Management Conference). In support of the instant stipulation, the Parties state as follows:

7      WHEREAS, on February 22, 2013, Plaintiffs filed their First Amended Class Action
8  Complaint (Dkt. 52);

9      WHEREAS, on March 8th, Avanquest filed its pleading challenge of the First Amended
10 Complaint (Dkt. 53);

11     WHEREAS, the hearing on Avanquest's pleading challenge is scheduled for Thursday,
12 May 2, 2013;

13     WHEREAS, the resolution of Avanquest's pleading challenge will provide the Parties and
14 the Court additional guidance regarding the most efficient manner in which to conduct further
15 litigation of Plaintiffs' claims;
16

17     WHEREAS, the Parties previously requested and were granted a continuance of the Initial
18 Case Management Conference and deadline to exchange initial disclosures until three weeks
19 following the hearing on Avanquest's pleading challenge (Dkt. 51);

20     WHEREAS, the hearing on Avanquest's pleading challenge was subsequently continued
21 thirteen days without a continuance of the Initial Case Management Conference or deadline to
22 exchange initial disclosures (Dkt. 61);

23     WHEREAS, the Parties have conferred and agreed, subject to Court approval, to continue
24 the Initial Case Management Conference and deadline to exchange initial disclosures from May
25 10, 2013 to July 12, 2013 (or such later date as the Court may set), and to extend the date for
26 filing of the Parties' Joint Initial Case Management Conference Statement and Fed. R. Civ. Proc.
27 26(f) Discovery Plan from May 3, 2010 to July 5, 2013 (or one week prior to the date selected by
28 the Court for the rescheduled Initial Case Management Conference);

DLA PIPER LLP (US)
SAN FRANCISCO

EAST\55756907.1

-2-

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CV-04391-SI

WHEREAS, good cause exists to enter the instant stipulation and the Parties do not seek the relief contemplated herein for any improper purpose.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. The Parties shall file their Joint Initial Case Management Conference Statement and Fed. R. Civ. Proc. 26(f) Discovery Plan by July 5, 2013 (or one week before the rescheduled Initial Case Management Conference if scheduled later than July 12, 2013).

2. The Initial Case Management Conference currently set for May 10, 2013 at 2:30 pm shall be continued to July 12, 2013 at 2:30 pm.

3. The Parties shall serve their respective initial disclosures no later than July 12, 2013.

**IT IS SO STIPULATED.**

**BENSON WORLEY and JOHNNY BOYD**, individually and on behalf of all others similarly situated,

Dated: April 30, 2013                By: /s/ Benjamin H. Richman
                                          One of Plaintiffs' Attorneys

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

|  |  |
|---|---|
| Dated: April 30, 2013 | **AVANQUEST NORTH AMERICA, INC.**, |
|  | By: /s/ Luanne Sacks |
|  | One of Defendant's Attorneys |

LUANNE SACKS (SBN 120811)
luanne.sacks@dlapiper.com
MIKE SCOTT (SBN 255282)
mike.scott@dlapiper.com
ALEC CIERNY (SBN 275230)
alec.cierny@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

JOSEPH COLLINS (Admitted *Pro Hac Vice*)
joseph.collins@dlapiper.com
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-2143
Facsimile: (312) 630-7385

I, Luanne Sacks, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order. I hereby attest that the above-referenced signatory to this stipulation has concurred in this filing.

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3
4   ENTERED:   5/1/13                    _____
                                         HONORABLE SUSAN ILLSTON
5                                        UNITED STATES DISTRICT JUDGE