MIKE SCOTT (Bar No. 255282)
mike.scott@dlapiper.com
ALEC CIERNY (Bar No. 275230)
alec.cierny@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

JOSEPH COLLINS (Admitted *Pro Hac Vice* )
joseph.collins@dlapiper.com
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Tel: 312.368.2143
Fax: 312.630.7385

Attorneys for Defendant
AVANQUEST NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVANQUEST NORTH AMERICA, INC., a California corporation,<br><br>Defendant. | CASE NO. 3:12-CV-04391-WHO<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME TO SUBMIT JOINT CASE MANAGEMENT STATEMENT PENDING SUBSTITUTION OF DEFENDANT'S COUNSEL AND ORDER**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Benson Worley and Johnny Boyd, and Defendant Avanquest North America, Inc. ("Avanquest") (collectively, the "Parties"), by and through their undersigned counsel, submit this Stipulated Request for an Order Extending Time to Submit Joint Case Management Statement Pending Substitution of Defendant's Counsel. In

-1-

support of the instant stipulated request, and as set forth in the accompanying Declaration of Mike Scott, the Parties state as follows:

WHEREAS, on February 22, 2013, Plaintiffs filed their First Amended Class Action Complaint (Dkt. 52);

WHEREAS, the Parties previously requested and were granted a continuance of the Initial Case Management Conference and deadline to exchange initial disclosures until three weeks following the hearing on Avanquest's pleading challenge (Dkt. 51);

WHEREAS, on April 30, 2013, the Court denied Avanquest's Motion to Dismiss the First Amended Class Action Complaint (Dkt. 66).

WHEREAS, the Parties requested and were granted an additional continuance of the Initial Case Management Conference and deadline to exchange initial disclosures until July 12, 2013 (Dkt. 67);

WHEREAS, the Parties previously stipulated to extend the time within which Avanquest may answer the First Amended Complaint to May 28, 2013 (Dkt. 68);

WHEREAS, the Parties thereafter stipulated to extend the time within which Avanquest may answer the First Amended Complaint to June 28, 2013 (Dkt. 69);

WHEREAS, the Parties thereafter stipulated to extend the time within which Avanquest may answer the First Amended Complaint to July 29, 2013 (Dkt 70);

WHEREAS, this case was reassigned to this Court on June 27, 2013;

WHEREAS, the Court's June 27, 2013 Reassignment Order and Order Requiring Submission of Case Management Statement requires the parties to submit a joint case management statement on July 12 2013;

WHEREAS, Avanquest intends to substitute its undersigned counsel, desires to have substituting counsel address the merits of Plaintiffs' claims and the case scheduling going forward, and requests additional time for its new counsel to review the factual, legal, and procedural background of the litigation;

WHEREAS, the Parties have conferred and agreed to jointly request a four-week extension of the time to submit the case management statement required by the Court's June 27, 2012 Order, from July 12, 2013 to August 9, 2013;

WHEREAS, the requested extension will not otherwise alter the schedule of this case;

WHEREAS, good cause exists to grant the parties' stipulated request;

**NOW THEREFORE, THE PARTIES JOINTLY REQUEST AN ORDER STATING:**

1. The Parties shall file their Joint Case Management Statement by August 9, 2013.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | **BENSON WORLEY and JOHNNY BOYD**, individually and on behalf of all others similarly situated, |
| Dated: July 12, 2013 | By: /s/ Benjamin H. Richman<br>          One of Plaintiffs' Attorneys |
|  | JAY EDELSON (Admitted *Pro Hac Vice*)<br>jedelson@edelson.com<br>RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)<br>rbalabanian@edelson.com<br>BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)<br>brichman@edelson.com<br>CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)<br>cgivens@edelson.com<br>EDELSON LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378 |
|  | SEAN P. REIS (SBN 184044)<br>sreis@edelson.com<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, California 92688<br>Telephone: (949) 459-2124<br>Facsimile: (949) 459-2123 |

| | |
|---|---|
| | **AVANQUEST NORTH AMERICA, INC.**, |
| Dated: July 12, 2013 | By: /s/ Mike Scott |
| | One of Defendant's Attorneys |
| | MIKE SCOTT (SBN 255282) |
| | mike.scott@dlapiper.com |
| | ALEC CIERNY (SBN 275230) |
| | alec.cierny@dlapiper.com |
| | DLA PIPER LLP (US) |
| | 555 Mission Street, Suite 2400 |
| | San Francisco, California 94105 |
| | Telephone: (415) 836-2500 |
| | Facsimile: (415) 836-2501 |
| | JOSEPH COLLINS (Admitted *Pro Hac Vice*) |
| | joseph.collins@dlapiper.com |
| | DLA Piper LLP (US) |
| | 203 North LaSalle Street, Suite 1900 |
| | Chicago, Illinois 60601 |
| | Telephone: (312) 368-2143 |
| | Facsimile: (312) 630-7385 |

I, Mike Scott, am the ECF user whose identification and password are being used to file the foregoing Stipulated Request for Order Extending Time to Submit Joint Case Management Statement Pending Substitution of Defendant's Counsel and [Proposed] Order. I hereby attest that the above-referenced signatory to this stipulation has concurred in this filing.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

ENTERED: July 19, 2013

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE