N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: kstrickland@rmkb.com
dcourteau@rmkb.com
jzucker@rmkb.com

Attorneys for Defendant
AVANQUEST NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC., a California corporation,<br><br>Defendant. | CASE NO. 3:12-CV-04391-WHO<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING ALL PENDING DATES, INCLUDING TIME TO FILE ANSWER, SUBMIT JOINT CASE MANAGEMENT STATEMENT, AND DISCOVERY; [PROPOSED] ORDER**<br><br>Date:<br>Time: 9:00 a.m.<br>Judge: Hon. William H. Orrick<br>Courtroom: 2 (17th Floor) |

Pursuant to Local Rules 6-1, 6-2, 7-12, plaintiffs Benson Worley and Johnny Boyd ("Plaintiffs") and defendant, Avanquest North America Inc. ("Defendant") ("collectively, "Parties"), by and through their undersigned counsel, submit this Stipulated Request for Order Continuing All Pending Dates, Including Time to File Answer, Submit Joint Case Management Statement, and Discovery.

WHEREAS, on July 19, 2013, Ropers, Majeski, Kohn & Bentley was substituted into this case as Defendant's counsel, six (6) business days before the time to file an answer to Plaintiffs First Amended Complaint (Doc. No. 75);

WHEREAS, on July 1, 2013, Plaintiffs served Discovery Requests on Defendant, and

1 responses were due July 31, 2013;

2   WHEREAS, The Parties previously stipulated to extend the time within which Defendant
3 may respond to Plaintiffs' Discovery Requests to August 31, 2013 (Doc. No. 74);

4   WHEREAS, on July 1, 2013, Plaintiffs' noticed Defendant's Federal Rules of Civil
5 Procedure Rule 30(b)(6) deposition;

6   WHEREAS, The Parties previously stipulated to extend the time within which Plaintiff
7 may conduct Defendant's Federal Rules of Civil Procedure Rule 30(b)(6) deposition to no earlier
8 than September 26, 2013 (Doc. No. 74);

9   WHEREAS, the Parties previously stipulated to extend the time within which Defendant
10 may answer the First Amended Complaint to July 29, 2013 (Doc. Nos. 68-70);

11   WHEREAS, the Parties previously stipulated to extend the deadline for the parties to
12 submit a Joint Case Management Statement to August 9, 2013 (Doc. Nos. 51, 67, 76);

13   WHEREAS, the Parties have conferred and agreed to jointly request a forty-five (45) day
14 continuance of the time for: (1) Defendant to file an answer to Plaintiffs' First Amended
15 Complaint to September 12, 2013; (2) Parties to submit their Joint Case Management Statement
16 to September 23, 2013; (3) Defendant to respond to Plaintiffs' Discovery Requests to October 15,
17 2013; and (4) Defendant's Federal Rules of Civil Procedure Rule 30(b)(6) deposition will be
18 conducted no earlier than November 10, 2013;

19   WHEREAS, Local Rule 6-1 permits the parties to stipulate in writing without a court
20 order, " to enlarge or shorten the time in matters not required to be filed or lodged with the Court
21 . . . provided the change will not alter the date of any event or any deadline already fixed by Court
22 order." Local Rule 6-1;

23   WHEREAS, the Parties are not aware of any date fixed by Court order that will be altered
24 by the Parties' stipulation, absent the Court's execution of this Proposed Order (which would
25 modify the deadline to file a Joint Case Management Statement);

26   WHEREAS, the requested extensions will not otherwise alter the schedule of this case;
27 and

28   WHEREAS, good cause exists to grant the Parties' Stipulated Request.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Defendant's answer to Plaintiffs' First Amended Complaint shall be due on September 12, 2013;

2. Defendant's responses to Plaintiffs' Discovery Requests shall be due on October 15, 2013;

3. Plaintiffs' will conduct Defendant's Federal Rules of Civil Procedure Rule 30(b)(6) deposition no earlier than November 10, 2013, unless otherwise agreed by Parties.

**NOW THEREFORE, THE PARTIES JOINTLY REQUEST AN ORDER STATING:**

1. The Parties shall file their Joint Case Management Statement by September 23, 2013.

**IT IS SO STIPULATED.**

Dated: July 25, 2013

**BENSON WORLEY and JOHNNY BOYD,**
individually and on behalf of all others similarly situated,

By: /s/ Benjamin H. Richman
One of Plaintiffs' Attorneys

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFAY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Dated: July 25, 2013   AVANQUEST NORTHAMERICA INC.,


By:/s/ N. Kathleen Strickland
   One of Defendant's Attorneys

N. KATHLEEN STRICKLAND
kstrickland@rmkb.com
DEVIN C. COURTEAU
dcourteau@rmkb.com
JUSTIN A. ZUCKER
jzucker@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Phone: (650) 364-8200
Facsimile: (650) 780-1701

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulated Request for Order Continuing All Pending Dates, Including Time to File Answer, Submit Joint Case Management Statement, and Discovery and [Proposed] Order. I hereby attest that the above-referenced signatory to this Stipulated Request has concurred in this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Entered: 07/29/2013

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City