N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: kstrickland@rmkb.com
dcourteau@rmkb.com
jzucker@rmkb.com

Attorneys for Defendant
AVANQUEST NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC., a California corporation,<br><br>Defendant. | CASE NO. 3:12-CV-04391-WHO<br><br>**SUBSTITUTION OF COUNSEL**<br><br>Judge: William H. Orrick<br>Courtroom: 2 (17th Floor) |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Defendant Avanquest North America Inc., a California corporation, hereby substitutes N. Kathleen Strickland of Ropers, Majeski, Kohn & Bentley, 1001 Marshall Street, Suite 500, Redwood City, California 94063, in place and stead of DLA Piper LLP.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: July \_\_\_\_, 2013 | AVANQUEST NORTH AMERICA INC. |
| 2 | | |
| 3 | | By:_____ |
| 4 | | ROGER BLOXBERG, CEO |
| 5 | We consent to the above substitution: | |
| 6 | Dated: July \_\_\_\_\_, 2013 | DLA PIPER LLP |
| 7 | | |
| 8 | | By:_____ |
| 9 | | MICHAEL SCOTT |
| | | CARTER W. OTT |
| 10 | | ALEC CIERNY |
| 11 | We accept the above substitution. | |
| 12 | Dated: July \_\_\_\_\_, 2013 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 13 | | |
| 14 | | By:_____ |
| 15 | | N. KATHLEEN STRICKLAND |
| | | DEVIN C. COURTEAU |
| | | JUSTIN A. ZUCKER |
| 16 | | Attorneys for Defendant |
| | | AVANQUEST NORTH AMERICA INC. |

**ORDER**

IT IS SO ORDERED,

N. Kathleen Strickland of Ropers, Majeski, Kohn & Bentley is substituted in as counsel of record for AVANQUEST NORTH AMERICA INC. in the place and stead of DLA Piper LLP.

Dated: August 5, 2013

_____
JUDGE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT