N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: kstrickland@rmkb.com
dcourteau@rmkb.com
jzucker@rmkb.com

Attorneys for Defendant
AVANQUEST NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC., a California corporation,<br><br>Defendant. | CASE NO. 3:12-CV-04391-WHO<br><br>**STIPULATION RE: DEPOSITION OF KEVIN BROMBER AND BRIEFING SCHEDULE FOR DEFENDANT AVANQUEST NORTH AMERICA INC.'S MOTION TO TRANSFER VENUE; [PROPOSED] ORDER** |

Plaintiffs Benson Worley and Johnny Boyd ("Plaintiffs") and defendant Avanquest North America Inc. ("Defendant") ("collectively, "Parties"), by and through their undersigned counsel, enter into this Stipulation re: Deposition of Kevin Bromber and Briefing Schedule for Defendant Avanquest North America Inc.'s Motion to Transfer Venue.

WHEREAS, on July 30, 2013, Defendant filed and served Defendant Avanquest North America Inc.'s Notice of Motion and Motion to Transfer Venue ("Venue Motion"), which is currently set for hearing on September 11, 2013;

WHEREAS, on August 5, 2013, Plaintiffs served a Notice of Deposition of Kevin Bromber, pertaining to Defendant's employee Kevin Bromber;

WHEREAS, on August 7, 2013, Defendant served an Objection to Notice of Deposition of Kevin Bromber ("Objection"), and filed and served a Motion for Protective Order re: Notice of Deposition of Kevin Bromber ("Motion for Protective Order") and an Ex Parte Application to Stay the Deposition of Kevin Bromber Pending a Ruling on Motion for Protective Order ("Ex Parte Application"); and

WHEREAS, on August 8, 2013, the Court held a telephone conference with the Parties in an effort to resolve the Objection, Motion for Protective Order and Ex Parte Application, the result of which was the issuance of the Court's Minute Entry dated August 9, 2013, a copy of which is attached hereto as Attachment 1;

WHEREAS, as requested by the Court during the August 8, 2013 telephone conference with the Parties and in the Court's Minute Entry dated August 9, 2013, the Parties have met and conferred in an effort to set a mutually agreeable date for the deposition of Kevin Bromber and decide whether the September 11, 2013 hearing on the Venue Motion must be continued and if so to what date.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The deposition of Kevin Bromber shall occur on August 16, 2013 at 10:00 a.m., in accordance with the Court's Minute Entry dated August 9, 2013, including the time and scope limitations set forth therein;

2. The September 11, 2013 hearing on the Venue Motion will remain on calendar; and

**NOW THEREFORE, THE PARTIES JOINTLY REQUEST AN ORDER STATING THAT:**

1. Plaintiffs' deadline to file and serve a response to the Venue Motion shall be August 23, 2013; and

///
///
///
///

2. The deadline for Defendant to file and serve a Reply regarding the Venue Motion shall be August 30, 2013.

**IT IS SO STIPULATED.**

Dated: August 9, 2013     **BENSON WORLEY and JOHNNY BOYD**, individually and on behalf of all others similarly situated,

By: /s/ Benjamin Richman
One of Plaintiffs' Attorneys

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Dated: August 9, 2013     AVANQUEST NORTHAMERICA INC.,

By: /s/ N. Kathleen Strickland
One of Defendant's Attorneys

N. KATHLEEN STRICKLAND
kstrickland@rmkb.com
DEVIN C. COURTEAU
dcourteau@rmkb.com
JUSTIN A. ZUCKER
jzucker@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Phone: (650) 364-8200
Facsimile: (650) 780-1701

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 3 | |
| 4 | Entered:  August 13, 2013       _____ |
| 5 | HONORABLE WILLIAM H. ORRICK |
|   | UNITED STATES DISTRICT JUDGE |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City