JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorneys for Plaintiffs and the Putative Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs*,<br><br>*v.*<br><br>AVANQUEST NORTH AMERICA, INC., a California corporation,<br><br>       *Defendant*. | Case No. 3:12-cv-04391-WHO<br><br>**STIPULATION AND ORDER**<br><br>Judge: Honorable William H. Orrick |

     Plaintiffs Benson Worley and Johnny Boyd, and Defendant Avanquest North America, Inc. ("Avanquest") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to continue (i) the deadline for Plaintiffs to respond to Avanquet's motion to transfer, (ii) the deadline for Avanquest to reply in support of the motion to transfer, and (iii) the deadline for Avanquest to answer Plaintiffs' first amended complaint. In support of the instant stipulation, the Parties state as follows:

WHEREAS, by Stipulation and Order entered August 13, 2013, the Court set August 23rd as Plaintiffs' deadline to respond in opposition to Avanquest's pending motion to transfer, and August 30th as Avanquest's deadline to reply in support of the same, (Dkt. 83);

WHEREAS, on August 16th, Plaintiffs took the deposition upon oral examination of Kevin Bromber regarding the venue issues raised in Avanquest's motion to transfer;

WHEREAS, despite requesting expedited service, the Parties did not receive the transcript of Mr. Bromber's deposition until the evening of August 21st;

WHEREAS, in light of the delay in receiving the transcript of Mr. Bromber's deposition, the Parties have conferred and agreed, subject to Court approval, to extend the current briefing schedule on the motion to transfer, such that Plaintiffs' opposition shall be due no later than August 26th and Avanquest's reply in support of the motion shall be due no later than September 3rd;

WHEREAS, the Parties have further conferred and agreed, subject to Court approval, to extend the deadline for Avanquest to answer Plaintiffs' first amended complaint from September 12th to September 19, 2013;

WHEREAS, good cause exists to enter the instant stipulation and the Parties do not seek the relief contemplated herein for any improper purpose.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Plaintiffs shall file their opposition to Avanquest's motion to transfer no later than August 26, 2013.

2. Avanquest shall file its reply in support of the motion to transfer no later than September 3, 2013.

3. Avanquest shall file its answer to Plaintiffs' first amended complaint no later than September 19, 2013.

**IT IS SO STIPULATED.**

1                                       **BENSON WORLEY** and **JOHNNY BOYD**, individually and on behalf of all others similarly situated,

2

3 Dated: August 22, 2013             By: /s/ Benjamin H. Richman
                                           One of Plaintiffs' Attorneys

4                                         JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com

5                                         RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com

6                                         BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com

7                                         CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com

8                                         EDELSON LLC

9                                         350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

10                                         Telephone: (312) 589-6370
Facsimile: (312) 589-6378

11                                         SEAN P. REIS (SBN 184044)
sreis@edelson.com

12                                         30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688

13                                         Telephone: (949) 459-2124
Facsimile: (949) 459-2123

14

15                                         **AVANQUEST NORTH AMERICA, INC.,**

16 Dated: August 22, 2013            By: /s/ Devin C. Courteau
                                           One of Defendant's Attorneys

17                                           N. KATHLEEN STRICKLAND
kstrickland@rmkb.com

18                                         DEVIN C. COURTEAU
dcourteau@rmkb.com

19                                         JUSTIN A. ZUCKER
jzucker@rmkb.com

20                                         ROPERS, MAJESKI, KOHN & BENTLEY

21                                         1001 Marshall Street, Suite 500
Redwood City, California 94063-2052

22                                         Telephone: (650) 354-8200
Facsimile: (650) 780-1701

23       I, Benjamin H. Richman, am the ECF user whose identification and password are being

24 used to file the foregoing Stipulation and [Proposed] Order. I hereby attest that the above-

25 referenced signatory to this stipulation has concurred in this filing.

26

27

28

---

1

## <u>ORDER</u>

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

ENTERED: August 26, 2013

5

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28