REDWOOD CITY | 1001 Marshall Street
Los Angeles | Suite 500
New York | Redwood City, CA 94063-2052
San Francisco | Telephone (650) 364-8200
San Jose | Facsimile (650) 780-1701
Boston | www.rmkb.com

L A W Y E R S
RMKB
ROPERS MAJESKI KOHN BENTLEY

N. Kathleen Strickland
(415) 972-6328

kstrickland@rmkb.com

September 19, 2013

**Via Federal Express**

Hon. William H. Orrick
United States District Court
Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:   **Benson Worley, et al. v. Avanquest North America Inc., et al.**
                United States District Court Case No: 3:12-CV-04391-WHO
                Our Client: Defendant Avanquest North America Inc.
                Client-Matter No. CHPA 28491
                Request for Continuance of Joint CMC Statement Date and CMC

Dear Judge Orrick:

      As you know, Ropers Majeski was recently substituted into this case. While in the mind of plaintiffs' counsel this case has been pending for awhile, and we appreciate their desire to move forward, we are new to the case. We are not ones to delay. We have shown that. We immediately moved to transfer venue because we truly believe venue should be in Los Angeles per the EULA, and still do. We received your recent decision on this issue, and respectfully disagree. We did contemplate moving for reconsideration, which we would have filed today with Defendant's answer, but we have decided <u>not</u> to file that motion and to move forward.  It was a very close call, as we appreciate your decision was a close call.  Had we filed a motion for reconsideration, we were also going to file a Request for Stay of the two impending case management deadlines – the deadline to file a joint case management statement (September 23, 2013) and the case management conference on October 1, 2013. Since we are not filing that motion, we are addressing our small request for continuance of these two court deadlines to you in this letter. However, we are moving forward. We continue to work on, as I have informed plaintiffs' counsel, gathering the discovery requested earlier.  This continuance request will not impede or delay those ongoing efforts.

      Ropers substituted into this case just in July 2013. When we came into this case, there were many pending dates which had just been continued forward since new counsel would be entering the case. Hence, when we entered into the case, we were faced with a barrage of dates that had just been pushed forward. Discovery was pending. An answer was pending. Case Management status was in abeyance because of the transfer of the case to your Honor.



Hon. William H. Orrick  
September 19, 2013                                                                                                   Page 2
___

Additionally, as I am sure you can appreciate, this is not our only lawsuit in which we represent clients. We were substituted into this case on top of a very active caseload which has its own time demands. We are moving as fast as we can, but there are not 36 hours in the day. August was consumed with the motion to change venue, up through the Court's order and our decision today not to file a motion for reconsideration of that order. In order to have a meaningful case management conference, we need to review the data that is in the process of being pulled to produce for discovery as well as to meet and confer with counsel regarding discovery and the preparation of a Joint Status Conference, neither of which has occurred. In order to respond in a meaningful fashion to the items requested in a case management conference statement, we need time to meet with the client, review the data, and discuss with them the items required to be answered in a CMC Statement and start preparing that document for a meaningful conference with the Court.

We need an additional 45 days to accomplish this task. Today, we spoke with Mr. Richman and informed him that we will be filing the answer and will be sending this letter to the court to request a continuance of the Joint Status Conference Statement Date of September 23, 2013 as well as of our request to continue the Case Management Conference date of October 1, 2013. I also sent him a courtesy copy of this letter, and have inserted his comments herein. While Mr. Richman would prefer that these dates remain in place, he has no objection to their continuance should the court be so inclined. We respectfully request the court continue these two dates for 45 days.

Respectfully Submitted,

*N. Kathleen Strickland* (signature)  
N. Kathleen Strickland

Cc:   Rafey S. Balabanian  
      Benjamin H. Richman

KNS/JAZ/ajv

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

RC1/7134603.1/AN3

N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email:        kstrickland@rmkb.com
              dcourteau@rmkb.com
              jzucker@rmkb.com

Attorneys for Defendant
AVANQUEST NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC., a California corporation,<br><br>Defendant. | CASE NO.  3:12-CV-04391-WHO<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DATES**<br><br>Date:<br>Time: 9:00 a.m.<br>Judge: Hon. William H. Orrick<br>Courtroom: 2 (17th Floor) |

Pursuant to Local Rules 6-1, 6-2, 7-12, defendant, Avanquest North America Inc. ("Defendant"), by and through their undersigned counsel, submit this [Proposed] Order Continuing Case Management Conference and Case Management Statement Dates.

WHEREAS, on July 19, 2013, Ropers, Majeski, Kohn & Bentley was substituted into this case as Defendant's counsel, six (6) business days before the time to file an answer to Plaintiffs First Amended Complaint (Doc. No. 75);

WHEREAS, on July 1, 2013, Plaintiffs served Discovery Requests on Defendant, and responses were due July 31, 2013;

WHEREAS, the Plaintiffs and Defendant (collectively, "Parties") previously stipulated to

1 extend the time within which Defendant may respond to Plaintiffs' Discovery Requests to
2 October 15, 2013 (Doc. No. 74; 78);
3    WHEREAS, on July 1, 2013, Plaintiffs' noticed Defendant's Federal Rules of Civil
4 Procedure Rule 30(b)(6) deposition;
5    WHEREAS, The Parties previously stipulated to extend the time within which Plaintiff
6 may conduct Defendant's Federal Rules of Civil Procedure Rule 30(b)(6) deposition to no earlier
7 than November 10, 2013 (Doc. No. 74; 78);
8    WHEREAS, the Parties previously stipulated to extend the time within which Defendant
9 may answer the First Amended Complaint to September 19, 2013 (Doc. Nos. 68-70; 78; 94);
10    WHEREAS, the Parties previously stipulated to extend the deadline within which the
11 parties may submit a Joint Case Management Statement to September 23, 2013 (Doc. Nos. 51,
12 67, 76; 78);
13    WHEREAS, the Parties previously stipulated to extend the time of the Initial Case
14 Management Conference and it is currently set for October 1, 2013 (Doc Nos. 26; 51; 67; 86);
15    WHEREAS, Local Rule 6-1(b) mandates that a party may in writing to the Court request
16 "for any enlargement . . . of time that alters an event or deadline already fixed by Court order."
17 Local Rule 6-1(b);
18    WHEREAS, the Court received and reviewed the letter written by Defendant's counsel
19 Ms. Strickland, setting forth good cause for granting this [Proposed] Order;
20    WHEREAS, the Defendant is not aware of any date fixed by Court order that will be
21 altered by this [Proposed] Order, absent the Court's execution of this [Proposed] Order (which
22 would modify the deadline to file a Joint Case Management Statement and the Case Management
23 Conference);
24    WHEREAS, the requested extensions will not otherwise alter the schedule of this case;
25 and
26    WHEREAS, good cause exists to grant the Defendant's Request.
27    **NOW THEREFORE, DEFENDANT REQUESTS AN ORDER STATING:**
28    1.  The Joint Case Management Statement is continued to November 7, 2013; and

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

2.  The Initial Case Management Conference shall be continued to November 15, 2013, or such further date convenient for the Court.

### ORDER

**IT IS SO ORDERED.**

Entered:_____

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE