UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BENSON WORLEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC,<br><br>    Defendant. | Case No. 12-cv-04391-WHO<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMNET CONFERENCE**<br><br>Docket No. 106 |
|---|---|

The Court received a letter dated September 19, 2013 from counsel for defendant Avanquest North America Inc., asking to delay the case management conference by 45 days. That request is DENIED. This case has been pending since August 21, 2012 and the initially scheduled case management conference has been continued from May 10, 2013. Current defense counsel has been counsel of record for more than 60 days, which is more than enough time to become sufficiently familiar with this case to participate fully in a case management conference. The Court notes that defendant's recent motion to change venue identified a concern that cases in this District do not move as promptly as in the Central District. Setting a case management schedule should allay that fear.

The parties are ordered to submit a Joint Case Management Conference Statement by the close of business on September 26, 2013. The Case Management Conference remains set for 2:00 p.m. on October 1, 2013.

**IT IS SO ORDERED**.

Dated: September 23, 2013

_____
WILLIAM H. ORRICK
United States District Judge