N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:         kstrickland@rmkb.com
               dcourteau@rmkb.com
               jzucker@rmkb.com

Attorneys for Defendant
AVANQUEST NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC., a California corporation,<br><br>                    Defendant. | CASE NO.  3:12-CV-04391-WHO<br><br>**DEFENDANT AVANQUEST NORTH AMERICA INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16)**<br><br>Judge:         Hon. William H. Orrick<br>Courtroom:   2 (17th Floor) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies on behalf of defendant Avanquest North America Inc. that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

   1.   Avanquest North America Inc. – Defendant in this action.

   2.   Avanquest America Inc. – Wholly owns Avanquest North America Inc.

   3.   Avanquest Software, S.A. – Wholly owns Avanquest North America Inc.

   4.   No publicly-held corporation owns ten percent (10%) or more of Avanquest Software, S.A.

RC1/7143794.1/JZ4                       - 1 -                AVANQUEST'S CERTIFICATE OF INTERESTED
                                                             ENTITIES OR PERSONS
                                                             3:12-CV-04391-WHO

1  Dated: September 30, 2013 　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

　　　　　　　　　　　　　　　　　　　　　By:　/s/ N. Kathleen Strickland
　　　　　　　　　　　　　　　　　　　　　　　N. KATHLEEN STRICKLAND
　　　　　　　　　　　　　　　　　　　　　　　DEVIN C. COURTEAU
　　　　　　　　　　　　　　　　　　　　　　　JUSTIN A. ZUCKER
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　AVANQUEST NORTH AMERICA INC.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/7143794.1/JZ4 　　- 2 -　　AVANQUEST'S CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS
3:12-CV-04391-WHO