UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: October 1, 2013 | Time: 13 minutes<br>2:11 p.m. to 2:24 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 12-cv-04391-WHO | Case Name: Worley v. Avanquest North America Inc | |

**Attorney for Plaintiff:** Rafey Balabanian
**Attorney for Defendant:** Kathleen Strickland and Devin Courteau

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

PROCEEDINGS

Case Management Conference conducted. Court admonishes the parties to work together with the highest level of courtesy and cooperation. By October 10, 2013, the parties shall complete their Rule 26 conference. By October 24, 2013, the parties shall make their Rule 26 initial disclosures. By November 11, 2013, the defendant will produce any documents that have not been furnished in initial disclosures that are subject to the requests for production previously propounded, and respond to the outstanding discovery.

Discovery will not be bifurcated. Parties are advised to meet and confer as to discovery dispute regarding software. If the parties are unable to come to an agreement as to the issue, they may submit a five-page joint letter regarding the dispute as directed by the Court's standing civil order.

Further Case Management Conference set for **February 11, 2014 at 2:00 p.m.**

**PRETRIAL SCHEDULE:**

**Deadline to file motions to join parties or amend pleadings: Jan. 10, 2014**
**Plaintiffs FRCP 26(a)(2) class certification disclosures: March 28, 2014**
**Defendant's FRCP 26(a)(2) disclosures of rebuttal expert witness and reports: April 28, 2014**
**Deadline for depositions of all class certification witnesses except defendant's rebuttal experts: April 28, 2014**
**Deadline to depose defendant's rebuttal experts: May 28, 2014**
**Last day to file motion for class certification: June 30, 2014**
**Defendant's Opposition to Class Certification: July 21, 2014**
**Plaintiffs Reply Memorandum: August 4, 2014**
**Hearing on Class Certification: August 20, 2014 at 2:00 p.m.**

| | |
|---|---|
| **Merits discovery cutoff:** | November 21, 2014 |
| **Expert disclosure:** | January 23, 2015 |
| **Expert Rebuttal:** | March 9, 2015 |
| **Expert discovery cutoff:** | April 23, 2015 |
| **Motions heard by:** | July 15, 2015 |
| | (Motions filed by 5/18/2014, Responses filed by 6/17/2014, Replies filed by 7/1/2014) |
| **Pretrial Conference:** | August 17, 2015 at 2:00 p.m. |
| **Trial:** | August 31, 2015 at 8:30 a.m. by Jury |