1 N. KATHLEEN STRICKLAND (SBN 64816)
LAEL D. ANDARA (SBN 215416)
2 DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
3 ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
4 Redwood City, CA 94063-2052
Telephone: (650) 364-8200
5 Facsimile: (650) 780-1701
Email: kstrickland@rmkb.com
6 landara@rmkb.com
dcourteau@rmkb.com
7 jzucker@rmkb.com

8 Attorneys for Defendant
AVANQUEST NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC., a California corporation,<br><br>Defendant. | CASE NO. 3:12-CV-04391-WHO<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING DEADLINE FOR DEFENDANT'S DISCOVERY RESPONSES AND DOCUMENT PRODUCTION; AND ORDER**<br><br>Judge: Hon. William H. Orrick<br>Courtroom: 2 (17th Floor) |

Pursuant to Local Rule 6-1, Plaintiffs Benson Worley and Johnny Boyd (collectively, "Plaintiffs") and Defendant Avanquest North America Inc. ("Defendant") (collectively, the "Parties"), hereby stipulate and agree, subject to the Court's approval, to continue the deadline for Defendant to respond to Plaintiffs' outstanding written discovery requests, specifically Plaintiffs' First Set of Interrogatories and Plaintiffs' First Set of Requests for Production of Documents, and document production from November 11, 2013 through and including November 22, 2013. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on October 10, 2013, the Parties conducted a discovery meet and confer

1 pursuant to Federal Rule of Civil Procedure 26(f);

2 WHEREAS, on October 22, 2013, the Parties conducted a follow-up meet and confer to
3 address several outstanding issues;

4 WHEREAS, by Order entered October 1, 2013, the Court set November 11, 2013 as the
5 deadline for Defendant to respond to Plaintiffs' outstanding written discovery requests (Doc. No.
6 110);

7 WHEREAS, due to the additional twelve (12) days needed to complete their Rule 26(f)
8 conference, the Parties have conferred and agreed, subject to the Court's approval, that Defendant
9 may have through and including November 22, 2013 to respond to Plaintiffs' outstanding written
10 discovery;

11 WHEREAS, Local Rule 6-1(b) allows the parties to stipulate, subject to court-approval,
12 "for any enlargement . . . of time that alters an event or deadline already fixed by Court order;"

13 WHEREAS, the relief requested herein will not otherwise alter the general case and
14 discovery deadlines in this matter; and

15 WHEREAS, good cause exists to grant the relief requested herein.

16 **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

17 1. Defendant's responses to Plaintiffs' outstanding written discovery requests and
18 document production shall be due on **November 22, 2013**.

19 **IT IS SO STIPULATED.**

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

|   |   |
|---|---|
|   | **BENSON WORLEY and JOHNNY BOYD**, individually and on behalf of all others similarly situated, |
| Dated: November ___, 2013 | By: _____<br>One of Plaintiffs' Attorneys |

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123


**AVANQUEST NORTH AMERICA INC.**,

Dated: November___, 2013        By:/s/ _____
                                One of Defendant's Attorneys

N. KATHLEEN STRICKLAND
kstrickland@rmkb.com
LAEL D. ANDARA
landara@rmkb.com
DEVIN C. COURTEAU
dcourteau@rmkb.com
JUSTIN A. ZUCKER
jzucker@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Phone: (650) 364-8200
Facsimile: (650) 780-1701

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

1  I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to
2  file the foregoing Stipulated Request for Order Continuing Deadline for Defendant's Responses
3  to Plaintiffs' First Set of Interrogatories and Plaintiffs' First Set of Requests for Production of
4  Documents and [Proposed] Order. I hereby attest that the above-referenced signatory to this
   Stipulated Request has concurred in this filing.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Entered: -November 5, 2013

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE