**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BENSON WORLEY, and JOHNNY BOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AVANQUEST NORTH AMERICA INC., a California corporation,<br><br>Defendant. | No. C 12-04391 WHO (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters, including the Joint Statement Regarding Discovery Disputes, electronically filed on November 14, 2013, to United States Magistrate Judge Laurel Beeler. The court will review the Joint Statement, evaluate whether further proceedings are necessary, and contact the parties to schedule a hearing, if necessary.

Should the parties have discovery disputes in the future, the court directs them to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter brief instead of a formal motion. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further briefing or

C 12-04391 WHO (LB)
NOTICE OF REFERRAL AND ORDER

1 | argument.

**IT IS SO ORDERED.**

Dated: November 21, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-04391 WHO (LB)
NOTICE OF REFERRAL AND ORDER