N. KATHLEEN STRICKLAND (SBN 64816)
LAEL D. ANDARA (SBN 215416)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: kstrickland@rmkb.com
 landara@rmkb.com
 dcourteau@rmkb.com
 jzucker@rmkb.com

Attorneys for Defendant
AVANQUEST NORTH AMERICA INC.

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

[Additional counsel included in signature block.]

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY, et al.<br><br>Plaintiff,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC.,<br><br>Defendant. | CASE NO. 3:12-CV-04391-WHO<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE; AND ORDER**<br><br>Date: February 11, 2014<br>Time: 2:00 p.m.<br>Judge: Hon. William H. Orrick<br>Ctrm.: 2 (17th Floor) |

RC1/7299262.5/AN3

- 1 -

STIPULATED REQUEST CONTINUING CMC
AND ORDER
3:12-CV-04391-WHO

1  Pursuant to Local Rules 6-1, 6-2, 7-12, plaintiffs Benson Worley and Johnny Boyd
2  ("Plaintiffs") and defendant, Avanquest North America Inc. ("Avanquest") ("collectively,
3  "Parties"), by and through their undersigned counsel, submit this Stipulated Request for Order
4  Continuing Further Case Management Conference; and [proposed] Order.

5  WHEREAS, the Parties previously stipulated to extend the time of Initial Case
6  Management Conference and it was held on October 1, 2013 (Doc Nos. 26; 51; 67; 86);

7  WHEREAS, by Order entered October 1, 2013, the Court set a Further Case Management
8  Conference for February 11, 2014 at 2:00 p.m. (Dkt. No. 110);

9  WHEREAS, on November 14, 2013, the Parties presented the Court with a Joint
10 Statement Regarding Discovery Disputes (Dkt. No. 116);

11 WHEREAS, on November 19, 2013, the Court issued an Order referring this case to a
12 magistrate judge for discovery purposes, including consideration of the Parties' Joint Statement
13 Regarding Discovery Disputes, and thereafter the case was assigned to Magistrate Judge Laurel
14 Beeler on November 21, 2013 (Dkt. Nos. 117; 118);

15 WHEREAS, on December 12, 2013, the Parties presented oral argument at the hearing on
16 their Joint Statement Regarding Discovery Disputes and Judge Beeler issued a ruling on the same
17 on December 13, 2013 (Dkt. No. 123);

18 WHEREAS, the Parties have been proceeding with discovery in light of Judge Beeler's
19 December 13th Order (and otherwise), including engaging in an ongoing meet and confer process
20 to address various issues related to their respective discovery responses and productions of
21 documents and tangible things in light of the Court's ruling on the Joint Statement Regarding
22 Discovery Disputes;

23 WHEREAS, the Parties believe good cause exists and that it is in the Court and their best
24 interest to continue the scheduled Further Case Management Conference from February 11, 2014,
25 to March 18, 2014, or such other date convenient for the Court, to allow the Parties time to
26 complete the meet and confer process, at which point they will be able to better inform the Court
27 as to the status of ongoing discovery and related issues;

28 WHEREAS, Local Rule 6-1(b) mandates that the Parties may stipulate in writing to the

1  Court "for any enlargement . . . of time that alters an event or deadline already fixed by Court
2  order." Local Rule 6-1(b);
3      WHEREAS, the Parties are not aware of any date fixed by Court order that will be altered
4  by the instant stipulation, absent the Court's execution of this Proposed Order (which would
5  modify the deadline to file a Joint Case Management Statement and the Further Case
6  Management Conference);
7      WHEREAS, good cause exists to grant the Parties' Stipulated Request.
8  **NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE:**
9      1.    The Further Case Management Conference shall be continued from February 11,
10  2014 at 2:00 p.m. to March 18, 2014 at 2:00 p.m., or such other date and time that is convenient
11  for the Court.
12  **IT IS SO STIPULATED.**

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

| | | |
|---|---|---|
| 1 | Dated: February 4, 2014 | **BENSON WORLEY** and **JOHNNY BOYD**, individually and on behalf of all others similarly situated, |

By: /s/ Benjamin H. Richman
  One of Plaintiffs' Attorneys

  Jay Edelson (Admitted *Pro Hac Vice*)
  jedelson@edelson.com
  Rafey S. Balabanian (Admitted *Pro Hac Vice*)
  rbalabanian@edelson.com
  Benjamin H. Richman (Admitted *Pro Hac Vice*)
  brichman@edelson.com
  Chandler R. Givens (Admitted *Pro Hac Vice*)
  cgivens@edelson.com
  EDELSON PC
  350 North LaSalle Street, Suite 1300
  Chicago, Illinois 60654
  Tel: 312.589.6370
  Fax: 312.589.6378

  Mark S. Eisen (SBN 289009)
  meisen@edelson.com
  EDELSON PC
  555 West Fifth Street, 31st Floor
  Los Angeles, California 90013
  Tel: 213.533.4100
  Fax: 213.947.4251

Dated: February 4, 2014    AVANQUEST NORTH AMERICA INC.,

By: /s/ N. Kathleen Strickland
  One of Defendant's Attorneys

  N. KATHLEEN STRICKLAND
  kstrickland@rmkb.com
  LAEL D. ANDARA
  landara@rmkb.com
  DEVIN C. COURTEAU
  dcourteau@rmkb.com
  JUSTIN A. ZUCKER
  jzucker@rmkb.com
  ROPERS, MAJESKI, KOHN & BENTLEY
  1001 Marshall Street, Suite 500
  Redwood City, CA 94063-2052
  Phone: (650) 364-8200
  Facsimile: (650) 780-1701

RC1/7299262.5/AN3    - 4 -    STIPULATED REQUEST CONTINUING CMC AND ORDER
3:12-CV-04391-WHO

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulated Request for Order Continuing Case Management Conference and [proposed] Order. I hereby attest that the above-referenced signatory to this Stipulated Request has concurred in this filing.

Dated: February 4, 2014        /s/ N. Kathleen Strickland
                              N. Kathleen Strickland

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified:**

The next Case Management Conference is set for **March 25, 2014** at 2 p.m. in Courtroom 2. The parties shall file a Joint Statement updating the status of the case by March 18, 2014.

Entered: February 5, 2014

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE