1  N. KATHLEEN STRICKLAND (SBN 64816)
LAEL D. ANDARA (SBN 215416)
2  DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
3  ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
4  Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
5  Facsimile:    (650) 780-1701
Email:        kstrickland@rmkb.com
6             landara@rmkb.com
dcourteau@rmkb.com
7             jzucker@rmkb.com
Attorneys for Defendant
8  AVANQUEST NORTH AMERICA INC.

9  Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
10 Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
11 Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
12 Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
13 EDELSON PC
350 North LaSalle Street, Suite 1300
14 Chicago, Illinois 60654
Tel: 312.589.6370
15 Fax: 312.589.6378

16 [Additional counsel included in signature block.]

17 Attorneys for Plaintiffs and the Putative Class

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20                SAN FRANCISCO DIVISION

21 | BENSON WORLEY, et al. | CASE NO.   3:12-CV-04391-WHO |
|---|---|
22 | Plaintiff, | **STIPULATED REQUEST FOR ORDER CONTINUING CASE DEADLINES; AND** |
23 | v. | **ORDER** |
24 | AVANQUEST NORTH AMERICA INC., | Judge:    Hon. William H. Orrick |
| | Ctrm.:    2 (17th Floor) |
25 | Defendant. | |

26

27

28

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

RC1/7359389.5/JZ4

- 1 -

1    Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs Benson Worley and Johnny Boyd

2    ("Plaintiffs") and Defendant Avanquest North America Inc. ("Avanquest") (collectively,

3    "Parties"), by and through their undersigned counsel, submit this Stipulated Request for Order

4    Continuing Case Deadlines and [Proposed] Order, and state as follows:

5    WHEREAS, the Parties previously stipulated to extend the time of Initial Case

6    Management Conference and it was held on October 1, 2013 (Doc Nos. 26; 51; 67; 86);

7    WHEREAS, by Order entered October 1, 2013, the Court set a schedule of discovery and

8    general case deadlines, including requiring that Plaintiffs serve their FRCP 26(a)(2) class

9    certification disclosures by March 28, 2014, and Defendant serve its FRCP 26(a)(2) disclosures of

10   rebuttal expert witness and reports by April 28, 2014. The Court also set a deadline for

11   depositions of all class certification witnesses except defendant's rebuttal experts for April 28,

12   2014; the Court set the deadline to depose defendant's rebuttal experts for May 28, 2014. The

13   Court's Order further set a briefing schedule on Plaintiffs' anticipated motion for class

14   certification such that Plaintiffs motion for class certification be filed no later than June 30, 2014,

15   Defendant's response by July 21, 2014, and Plaintiffs' reply by August 4, 2014, with the hearing

16   on class certification to occur on August 20, 2014 (Dkt. No. 110);

17   WHEREAS, on November 14, 2013, the Parties presented the Court with a Joint

18   Statement Regarding Discovery Disputes (Dkt. No. 116);

19   WHEREAS, by Order entered November 19, 2013, the Court referred certain outstanding

20   discovery disputes between the Parties to Magistrate Judge Laurel Beeler for resolution (Dkt.

21   Nos. 117, 118);

22   WHEREAS, on December 12, 2013, the Parties appeared before Judge Beeler regarding

23   their outstanding discovery disputes, and a ruling was issued on the same on December 13, 2013

24   (Dkt. No. 123);

25   WHEREAS, on February 5, 2014, the Court granted the Parties' Stipulated Request for

26   Order Continuing Further Case Management Conference from February 11, 2014, to March 25,

27   2014 (Dkt. Nos. 110; 128; 129);

28   WHEREAS, the Parties have been proceeding with discovery in light of Judge Beeler's

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/7359389.5/JZ4

- 2 -

STIPULATION CONTINUING CASE DEADLINES &
ORDER
3:12-CV-04391-WHO

1   December 13th Order (and otherwise), including engaging in an ongoing meet and confer process

2   to address various issues related to their respective discovery responses and productions of

3   documents and tangible things;

4   WHEREAS, the Parties believe that good cause exists to continue the scheduled Further

5   Case Management Conference to the first Tuesday after forty-five (45) days from March 25,

6   2014, to May 13, 2014, or such other date convenient for the Court, to allow the Parties time to

7   complete the outstanding discovery, including regarding class certification issues and disclosures;

8   WHEREAS, the Parties further believe that good cause exists to continue the class

9   certification deadlines approximately sixty (60) days as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) Disclosures Regarding Class Certification | March 28, 2014 | May 27, 2014 |
| Defendant's Rule 26(a)(2) Rebuttal Disclosures Regarding Class Certification | April 28, 2014 | June 27, 2014 |
| Deadline to Depose Class Certification Witnesses (except Defendant's Rebuttal Expert(s)) | April 28, 2014 | June 27, 2014 |
| Deadline to Depose Defendant's Expert Rebuttal Witnesses Related to Class Certification | May 28, 2014 | July 28, 2014 |
| Plaintiffs' Deadline to File Motion for Class Certification | June 30, 2014 | August 29, 2014 |
| Defendant's Deadline to File Opposition to Motion for Class Certification | July 21, 2014 | September 19, 2014 |
| Plaintiffs' Deadline to File Reply in Support of Motion for Class Certification | August 4, 2014 | October 3, 2014 |
| Hearing on Motion for Class Certification | August 20, 2014 at 2:00 p.m. | October 20, 2014 at 2:00 p.m. |

WHEREAS, the Parties have noticed that the Court's Civil Minutes for the October 1,

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/7359389.5/JZ4

- 3 -

1   2013, CMC (Dkt. No. 110) and Civil Pretrial Order (Dkt. No. 115) indicate that Parties'

2   dispositive motions be filed no later than May 18, 2014, with responses due no later than June 17,

3   2014, replies due no later than July 1, 2014, and a hearing on any motion set no later than July 15,

4   2015. This briefing schedule, however, appears to have been in error inasmuch as the hearing date

5   and balance of case deadlines, appear to indicate that briefing would proceed in calendar-year

6   2015, as opposed to 2014. Accordingly, the Parties also respectfully request correction of the

7   schedule to reflect that dispositive motions are to be filed no later than May 18, 2015, with

8   responses filed by June 17, 2015, and replies filed by July 1, 2015;

9   WHEREAS, Local Rule 6-1(b) mandates that the Parties may stipulate in writing to the

10   Court "for any enlargement . . . of time that alters an event or deadline already fixed by Court

11   order." Local Rule 6-1(b);

12   WHEREAS, the Parties are not aware of any date fixed by Court order that will be altered

13   by the instant stipulation, absent the Court's execution of this Proposed Order (which would

14   modify the deadline to for: (1) the Further Case Management Conference, (2) the Parties to

15   submit their FRCP 26(a)(2) Class Certification Disclosures, (3) the briefing schedule on

16   Plaintiff's anticipated motion for class certification, and (4) when Dispositive Motions and

17   subsequent papers are to be filed);

18   WHEREAS, good cause exists to grant the Parties' Stipulated Request.

19   **NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as

20   follows:

21   1.   The Further Case Management Conference shall be continued to the first Tuesday

22   after forty-five days (45) days from March 25, 2014, to May 13, 2014, or such other date

23   convenient for the Court;

24   2.   The deadline for the Parties to serve their respective FRCP 26(a)(2) class

25   certification disclosures shall be continued sixty (60) days such that Plaintiffs' disclosures shall

26   be served no later than May 27, 2014, and Defendant's rebuttal disclosures shall be served no

27   later than June 27, 2014;

28   3   The deadlines for depositions of all class certification witnesses except

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/7359389.5/JZ4

STIPULATION CONTINUING CASE DEADLINES &
ORDER
3:12-CV-04391-WHO

1  Defendant's rebuttal experts shall be continued from April 28, 2014 to June 27, 2014 and the

2  deadline to depose Defendant's rebuttal experts shall be continued from May 28, 2014 to July 28,

3  2014;

4        4.      The deadline for Plaintiffs to file their Motion for Class Certification shall be

5  continued sixty (60) days from June 30, 2014 to  August 29, 2014;

6        5.      The deadline for Defendant to file its Opposition to Plaintiff's Motion for Class

7  Certification shall be continued sixty (60) days from July 21, 2014 to September 19, 2014;

8        6.      The deadline for Plaintiffs to file their Reply in Support of their Motion for Class

9  Certification shall be continued sixty (60) days from August 4, 2014 to October 3, 2014;

10        7.      The hearing on class certification shall be continued sixty (60) days from August

11  20, 2014 to October 20, 2014 at 2:00 p.m.; and

12        8.      The deadline for the Parties to file dispositive motions is May 18, 2015, with

13  responses to be filed by June 17, 2015, replies to be filed by July 1, 2015, and dispositive motions

14  to be heard by July 15, 2015.

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1    **IT IS SO STIPULATED.**

2    Dated: March 18, 2014              **BENSON WORLEY** and **JOHNNY BOYD**,
                                        individually and on behalf of all others similarly situated,
3

4
                                        By:  /s/ Benjamin H. Richman
5                                           One of Plaintiffs' Attorneys

6                                           Jay Edelson (Admitted *Pro Hac Vice*)
                                            jedelson@edelson.com
7                                           Rafey S. Balabanian (Admitted *Pro Hac Vice*)
                                            rbalabanian@edelson.com
8                                           Benjamin H. Richman (Admitted *Pro Hac Vice*)
                                            brichman@edelson.com
9                                           Chandler R. Givens (Admitted *Pro Hac Vice*)
                                            cgivens@edelson.com
10                                          EDELSON PC
                                            350 North LaSalle Street, Suite 1300
11                                          Chicago, Illinois 60654
                                            Tel: 312.589.6370
12                                          Fax: 312.589.6378

13                                          Mark S. Eisen (SBN 289009)
                                            meisen@edelson.com
14                                          EDELSON PC
                                            555 West Fifth Street, 31st Floor
15                                          Los Angeles, California 90013
                                            Tel: 213.533.4100
16                                          Fax: 213.947.4251

17   Dated: March 18, 2014              **AVANQUEST NORTH AMERICA INC.,**

18

19
                                        By:  /s/ N. Kathleen Strickland
20                                          One of Defendant's Attorneys

21                                          N. KATHLEEN STRICKLAND
                                            kstrickland@rmkb.com
22                                          LAEL D. ANDARA
                                            landara@rmkb.com
23                                          DEVIN C. COURTEAU
                                            dcourteau@rmkb.com
24                                          JUSTIN A. ZUCKER
                                            jzucker@rmkb.com
25                                          ROPERS, MAJESKI, KOHN & BENTLEY
                                            1001 Marshall Street, Suite 500
26                                          Redwood City, CA  94063-2052
                                            Phone: (650) 364-8200
27                                          Facsimile: (650) 780-1701

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2

3    I, N. Kathleen Strickland, am the ECF user whose identification and password are being

used to file the foregoing Stipulated Request for Order Continuing Case Deadlines; and

4    [proposed] Order. I hereby attest that the above-referenced signatory to this Stipulated Request

5    has concurred in this filing.

6    Dated: March 18, 2014                    /s/ N. Kathleen Strickland
                                               N. Kathleen Strickland
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/7359389.5/JZ4

- 7 -

STIPULATION CONTINUING CASE DEADLINES &
ORDER
3:12-CV-04391-WHO

1

## **ORDER**

2      **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The parties shall file a Joint

3   Case Management Conference Statement on May 6, 2014 describing the status of this matter. At

4   the Case Management Conference on May 13, 2014, the parties should be prepared to discuss,

5   among other things, moving the trial date to October to provide three months between the last day

6   to hear dispositive motions and the trial.

7   Entered March 19, 2014

8   

9   HONORABLE WILLIAM H. ORRICK
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City