UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BENSON WORLEY, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>AVANQUEST NORTH AMERICA INC.,<br><br>    Defendant. | No. C 12-04391 WHO (LB)<br><br>**ORDER DIRECTING THE PARTIES TO SUBMIT ADDITIONAL INFORMATION**<br><br>[Re: ECF No. 136] |

The parties filed a joint discovery dispute letter on May 13, 2014. 5/13/2014 Letter, ECF No. 136. In it, Avanquest says that Plaintiffs' responses to several of its interrogatories and requests for admission are not sufficient. The court cannot decide whether this is true or not, however, because the parties did not provide the court with the language of the specific discovery requests or with Plaintiffs' responses to them, as they are required to do by the court's standing order (attached). *See* Standing Order at 3 ("If the disagreement concerns specific discovery that a party has propounded, such as interrogatories, requests for production of documents, or answers or objections to such discovery, the parties must reproduce the question/request and the response in its entirety in the letter."). Accordingly, the court orders the parties to submit a supplemental letter that provides the language of all of discovery requests at issue as well as the language of Plaintiffs' responses to them. The parties shall file their supplemental letter by 5:00 p.m. on Thursday, May 15, 2014.

1 **IT IS SO ORDERED.**

2 Dated: May 14, 2014

3 _____
LAUREL BEELER
United States Magistrate Judge