UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** May 13, 2014 | **Time:** 3 minutes<br>2:01 p.m. to 2:04 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 12-cv-04391-WHO | **Case Name:** Worley v. Avanquest North America Inc | |

**Attorney for Plaintiff:** Benjamin Richmond (appearing telephonically)
**Attorney for Defendant:** Kathleen Strickland (appearing personally)

**Deputy Clerk:** Jean Davis                                **Court Reporter:** FTR Recording

PROCEEDINGS

Case Management Conference conducted. Discovery is progressing, and mediation is scheduled for June 3, 2014.

Further Case Management Conference set for **January 27, 2015 at 2:00 p.m.**

Parties' proposed scheduling extensions adopted with the following revisions:

**Hearing on Motion for**
**Class Certification:**            December 17, 2014 at 2:00 p.m.

**Hearing on Daubert and**
**Pretrial Motions:**              September 9, 2015 at 2:00 p.m.
                                            Motions to be filed:  July 15, 2015
                                            Oppositions due:  August 12, 2015
                                            Replies due:  August 26, 2015

**Pretrial Conference:**         November 9, 2015 at 2:00 p.m.
**Trial:**                                 December 7, 2015 at 8:30 a.m. by Jury