N. KATHLEEN STRICKLAND (SBN 64816)
LAEL D. ANDARA (SBN 215416)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA  94105-5173
Telephone:    (415) 543-4800
Facsimile:     (415) 972-6301
Email:           kstrickland@rmkb.com
                    landara@rmkb.com
                    dcourteau@rmkb.com
                    jzucker@rmkb.com

Attorneys for Defendant
AVANQUEST NORTH AMERICA INC.

JAY EDELSON (Admitted *Pro Hac Vice*)
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone:    312.589.6370
Facsimile:     312.589.6378
Email:           jedelson@edelson.com
                    rbalabanian@edelson.com
                    brichman@edelson.com
                    cgivens@edelson.com

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY, *et al.*,<br><br>                    Plaintiff,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC.,<br><br>                    Defendant. | CASE NO.   3:12-CV-04391-WHO<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING DEADLINES RELATED TO CLASS CERTIFICATION THIRTY DAYS AND ORDER**<br><br>Judge:    Hon. William H. Orrick<br>Ctrm.:    2 (17th Floor)<br>CMC:     January 27, 2015<br>Time:     2:00 p.m. |

Pursuant to Local Rules 6-1, 6-2, and 7-12, plaintiffs Benson Worley and Johnny Boyd (collectively, "Plaintiffs") and defendant, Avanquest North America Inc. ("Avanquest") (Plaintiffs and Avanquest are referred to collectively as the "Parties"), by and through their undersigned counsel, submit this Stipulated Request for Order Continuing Deadlines Related to Class Certification Thirty Days and [Proposed] Order.

WHEREAS, by Minute Order entered May 13, 2014, the Court set a schedule of case deadlines, including requiring that (1) Plaintiffs serve their FRCP 26(a)(2) disclosures related to class certification by July 28, 2014, (2) Defendant serve its FRCP 26(a)(2) disclosures related to class certification rebuttal expert witnesses and reports by August 29, 2014, (3) Defendant depose Plaintiffs' class certification experts by August 29, 2014, (4) Plaintiffs depose Defendant's class certification rebuttal experts by September 29, 2014, (5) Plaintiffs file their anticipated motion for class certification by October 30, 2014, (6) Defendant file its opposition to Plaintiffs' motion for class certification by November 20, 2014, (7) Plaintiffs file their reply in support of class certification by December 4, 2014, and (8) setting the hearing on the motion for class certification for December 17, 2014, at 2:00 p.m. (Dkt. Nos. 135; 138);

WHEREAS, the Parties participated in a mediation on June 3, 2014, before the Honorable Dickran Tevrizian (Ret.) of JAMS and have since then continued their discussions—through Judge Tevrizian—regarding the potential resolution of this matter;

WHEREAS, the Parties request a modest thirty (30) day continuance of the deadlines related to class certification outlined above, such that the case schedule would be modified as follows:

(1) Plaintiffs shall make their FRCP 26(a)(2) disclosures related to class certification no later than August 27, 2014;

(2) Defendant shall makes its FRCP 26(a)(2) disclosures related to class certification rebuttal expert witnesses and reports no later than September 29, 2014;

(3) Defendant shall depose Plaintiffs' class certification experts no later than September 29, 2014;

(4) Plaintiffs shall depose Defendant's class certification rebuttal expert witnesses no later than October 29, 2014;

(5) Plaintiffs shall file their motion for class certification no later than December 1, 2014;

(6) Defendant shall file its opposition to Plaintiffs' motion for class certification no later than December 22, 2014;

(7) Plaintiffs shall file their reply in support of their motion for class certification no later than January 12, 2014; and

(8) The hearing on Plaintiffs' motion for class certification shall be reset to Wednesday, January 28, 2015, at 2:00 p.m., or such other date and time as may be convenient for the Court;

WHEREAS, the Parties believe good cause exists and that it is in the best interests of the Court and the Parties to continue these deadlines to allow them to continue their mediation discussions prior to entering the class certification stage of this matter;

WHEREAS, pursuant to Local Rule 6-1(b), the Parties may stipulate in writing to the Court "for any enlargement . . . of time that alters an event or deadline already fixed by Court order." Local Rule 6-1(b); and,

WHEREAS, the Parties are not aware of any other date fixed by Court order that will be altered by the instant stipulation, other than those set forth above.

WHEREAS, good cause exists to grant the Parties' Stipulated Request.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO JOINTLY REQUEST AN ORDER STATING:**

1. The deadline for Plaintiffs to serve their FRCP 26(a)(2) disclosures related to class certification shall be continued from July 28, 2014, to August 27, 2014;

2. The deadline for Defendant to serve its FRCP26(a)(2) disclosures of rebuttal expert witnesses and reports related to class certification shall be continued from August 29, 2014, to September 29, 2014;

3. The deadline for Defendant to depose Plaintiffs' class certification experts shall be continued from August 29, 2014, to September 29, 2014;

4. The deadline for Plaintiffs to depose Defendant's class certification rebuttal expert witnesses shall be continued from September 29, 2014, to October 29, 2014;

5. The deadline for Plaintiffs' to file their motion for class certification shall be

1 continued from October 30, 2014, to December 1, 2014;

2     6. The deadline for Defendant to file its opposition to Plaintiffs' motion for class
3 certification shall be continued from November 20, 2014, to December 22, 2014;

4     7. The deadline for Plaintiffs to file their reply in support of class certification shall
5 be continued thirty (30) days from December 4, 2014, to January 12, 2014; and

6     8. The hearing on the motion for class certification shall be continued from
7 December 17, 2014, at 2:00 p.m. to Wednesday, January 28, 2015, at 2:00 p.m.

**IT IS SO STIPULATED.**

Dated: July 24, 2014        AVANQUEST NORTH AMERICA INC.,


By:  /s/ N. Kathleen Strickland
     One of Defendant's Attorneys

N. KATHLEEN STRICKLAND
kstrickland@rmkb.com
LAEL D. ANDARA
landara@rmkb.com
DEVIN C. COURTEAU
dcourteau@rmkb.com
JUSTIN A. ZUCKER
jzucker@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA 94105-5173
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

| | |
|---|---|
| Dated: July 24, 2014 | **BENSON WORLEY** and **JOHNNY BOYD**, individually and on behalf of all others similarly situated, |
| | By: /s/ Benjamin H. Richman |
| | One of Plaintiffs' Attorneys |
| | Jay Edelson (Admitted *Pro Hac Vice*) |
| | jedelson@edelson.com |
| | Rafey S. Balabanian (Admitted *Pro Hac Vice*) |
| | rbalabanian@edelson.com |
| | Benjamin H. Richman (Admitted *Pro Hac Vice*) |
| | brichman@edelson.com |
| | Chandler R. Givens (Admitted *Pro Hac Vice*) |
| | cgivens@edelson.com |
| | EDELSON PC |
| | 350 North LaSalle Street, Suite 1300 |
| | Chicago, Illinois 60654 |
| | Tel: 312.589.6370 |
| | Fax: 312.589.6378 |
| | Mark S. Eisen (SBN 289009) |
| | meisen@edelson.com |
| | EDELSON PC |
| | 555 West Fifth Street, 31st Floor |
| | Los Angeles, California 90013 |
| | Tel: 213.533.4100 |
| | Fax: 213.947.4251 |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulated Request for Order Continuing Deadlines Related to Class Certification Thirty Days; and [proposed] Order. I hereby attest that the above-referenced signatory to this Stipulated Request has concurred in this filing.

Dated: July 24, 2014           /s/ N. Kathleen Strickland
                                N. Kathleen Strickland

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**



Entered: July 25, 2014

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE