| | |
|---|---|
| 1 | Jay Edelson (Admitted *Pro Hac Vice*) |
| | jedelson@edelson.com |
| 2 | Rafey S. Balabanian (Admitted *Pro Hac Vice*) |
| | rbalabanian@edelson.com |
| 3 | Benjamin H. Richman (Admitted *Pro Hac Vice*) |
| | brichman@edelson.com |
| 4 | Chandler R. Givens (Admitted *Pro Hac Vice*) |
| | cgivens@edelson.com |
| 5 | EDELSON PC |
| | 350 North LaSalle Street, Suite 1300 |
| 6 | Chicago, Illinois 60654 |
| | Tel: 312.589.6370 |
| 7 | Fax: 312.589.6378 |

*Attorneys for Plaintiffs and the Putative Class*

N. KATHLEEN STRICKLAND (SBN 64816)
kstrickland@rmkb.com
LAEL D. ANDARA (SBN 215416)
landara@rmkb.com
DEVIN C. COURTEAU (SBN 197505)
dcourteau@rmkb.com
JUSTIN A. ZUCKER (SBN 284401)
jzucker@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301

*Attorneys for Defendant*
AVANQUEST NORTH AMERICA INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all others similarly situated,<br><br>          *Plaintiffs*,<br><br>v.<br><br>AVANQUEST NORTH AMERICA, INC., a California corporation,<br><br>          *Defendant*. | Case No. 3:12-cv-04391-WHO<br><br>**PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS RELATED TO SYSTEM SUITE SOFTWARE PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge: Honorable William H. Orrick<br>Action Filed:  August 21, 2012 |

1    Plaintiffs Benson Worley ("Worley") and Johnny Boyd ("Boyd"), and Defendant
2  Avanquest North America, Inc. ("Avanquest") (collectively, the "Parties"), hereby stipulate and
3  agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal *with prejudice*
4  of Worley's individual claims against Avanquest in this matter and *without prejudice* as to the
5  claims of the putative class related to Avanquest's System Suite software. In support of the instant
6  stipulation, the Parties state as follows:
7    WHEREAS, on February 22, 2013, Worley—along with Boyd—filed his First Amended
8  Class Action Complaint against Avanquest (Dkt. 52);
9    WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties may
10 stipulate to the dismissal of Worley's claims in this matter without a Court order;
11   WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal of Worley's
12 individual claims against Avanquest in this action *with prejudice*;
13   WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal *without*
14 *prejudice* of the claims of the putative class related to Avanquest's System Suite software, that the
15 System Suite software shall no longer be at issue in this action and all claims related to all versions
16 of the System Suite software shall be dismissed from the above-captioned action;
17   WHEREAS, the Parties have further agreed that Worley and Avanquest shall each bear
18 their own attorneys' fees and expenses incurred in any way related to this dismissal;
19   WHEREAS, nothing herein shall be deemed to dismiss or otherwise affect Boyd's claims
20 or the claims of the putative class based on Avanquest's Fix-It Utilities software;
21   NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:
22   1.   Worley's individual claims against Avanquest in this action shall be dismissed *with*
23 *prejudice*;
24   2.   The claims of the putative class related to Avanquest's System Suite software shall
25 be dismissed *without prejudice*, that the System Suite software shall no longer be at issue in this
26 action and all claims related to all versions of the System Suite software shall be dismissed from
27 the above-captioned action;
28   3.   Worley and Avanquest shall each bear their own attorneys' fees and expenses

1  incurred in any way related to this dismissal.

2      IT IS SO STIPULATED.

3

        **BENSON WORLEY** and **JOHNNY BOYD**, individually and on behalf of all others similarly situated,

Dated: August 25, 2014     By: /s/ Benjamin H. Richman
                            One of Plaintiffs' Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Dated: August 25, 2014     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Kathleen Strickland
    KATHLEEN STRICKLAND
    DEVIN C. COURTEAU
    JUSTIN A. ZUCKER
    Attorneys for Defendant
    AVANQUEST NORTH AMERICA INC.