```
1   N. KATHLEEN STRICKLAND (SBN 64816)
    DEVIN C. COURTEAU (SBN 197505)
2   JUSTIN A. ZUCKER (SBN 284401)
    ROPERS, MAJESKI, KOHN & BENTLEY
3   150 Spear Street, Suite 850
    San Francisco, CA  94105-5173
4   Telephone:    (415) 543-4800
    Facsimile:    (415) 972-6301
5   Email:        kstrickland@rmkb.com
                  dcourteau@rmkb.com
6                 jzucker@rmkb.com

7   Attorneys for Defendant
    AVANQUEST NORTH AMERICA INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC., a California corporation,<br><br>Defendant. | CASE NO.  3:12-CV-04391-WHO<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION / STANDING OR ALTERNATIVELY FOR AN OSC RE: DISMISSAL; AND MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING A RULING ON AVANQUEST'S MOTION TO DISMISS**<br><br>Motion to Dismiss:<br>Date:         October 8, 2014<br>Time:         2:00 p.m.<br>Judge:        Hon. William H. Orrick<br>Courtroom:    2 (17th Floor)<br><br>Motion for Protective Order:<br>Date:         October 16, 2014<br>Time:         9:30 a.m.<br>Judge:        Hon. Laurel Beeler<br>Courtroom:    C (15th Floor) |

Defendant Avanquest North America Inc. ("Avanquest") respectfully requests that this Court take judicial notice of certain documents and information cited in its Motion to Dismiss for Lack of Subject Matter Jurisdiction / Standing or Alternatively for an OSC re: Dismissal and Motion for Protective Order Staying Discovery Pending a Ruling on Avanquest's Motion to

Dismiss.

This request is made pursuant to Rule 201 of the Federal Rules of Evidence. Avanquest Requests that the Court take judicial notice of the following documents:

1. Complaint, filed August 21, 2012, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 1.

2. Defendant's Notice of Motion and Motion to Dismiss and Strike; Memorandum of Points and Authorities, filed November 30, 2012, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No 37.

3. Order Granting in Part ad Denying in Part Motion to Dismiss; Denying Motion to Strike; Denying Motion to Stay, filed February 5, 2013, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 48.

4. Stipulation and Order, filed November 15, 2013, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 51.

5. First Amended Class Action Complaint, filed November 22, 2013, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 52.

6. Defendant's Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint; Memorandum of Points and Authorities, filed March 8, 2013, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 53.

7. Order Denying Motion to Dismiss, filed March 30, 2013, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 66.

8. Joint Statement Regarding Discovery Disputes, filed November 14, 2013, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 116.

9. Notice of Referral and Order Re Discovery Procedures, filed November 21, 2013, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 118.

10. Order Regarding the Parties' November 14, 2013 Joint Statement Regarding

Discovery Disputes [Re: ECF No. 116], filed December 12, 2013, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 123.

      11.    Joint Statement Regarding Discovery Disputes (No. 2), filed May 13, 2014, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 136.

      12.    Order Directing the Parties to Submit Additional Information [Re: ECF No. 136], filed May 14, 2014, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 137.

      13.    Supplemental Letter to Joint Statement Regarding Discovery Disputes (No. 2) [Dkt. 136], filed May 15, 2014, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 139.

      14.    Order Regarding the Parties' May 13, 2014 Joint Discovery Dispute Letter [Re: ECF No. 136], filed June 16, 2014, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 140.

      15.    Parties' Stipulation for Voluntary Dismissal of Claims Related to System Suite Software Pursuant to Fed. R. Civ. P. 41, filed August 25, 2014, in *Worley v. Avanquest North America Inc.*, Northern District Court of California Case no. 12-CV-4391, Dkt. No. 143.

Dated: August 29, 2014                        ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ N. Kathleen Strickland
    KATHLEEN N. STRICKLAND
    DEVIN C. COURTEAU
    JUSTIN A. ZUCKER
    Attorneys for Defendant
    AVANQUEST NORTH AMERICA INC.