N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301Email:
              kstrickland@rmkb.com
              dcourteau@rmkb.com
              jzucker@rmkb.com

Attorneys for Defendant
AVANQUEST NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENSON WORLEY and JOHNNY BOYD, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC., a California corporation,<br><br>Defendant. | CASE NO. 3:12-CV-04391-WHO<br><br>**NOTICE OF MOTION AND MOTION FOR ENFORCEMENT OF VOLUNTARY DISMISSAL OF CLAIMS RELATED TO SYSTEM SUITE SOFTWARE**<br><br>Date:          October 15, 2014<br>Time:          2:00 p.m.<br>Judge:         Hon. William H. Orrick<br>Courtroom:     2 (17th Floor)<br><br>Action Filed:  August 21, 2012 |

TO PLAINTIFFS AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 15, 2014, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2, Seventeenth Floor, of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, defendant, Avanquest North America Inc. ("Avanquest") shall and hereby does move the Court for an order granting Avanquest's Motion for Enforcement of Voluntary Dismissal of Claims Related to System Suite Software.

This motion is based on this notice of motion and supporting memorandum of points and authorities, the Declaration of N. Kathleen Strickland in Support of Defendant Avanquest North America Inc.'s Motion for Enforcement of Voluntary Dismissal of Claims Related to System

Suite Software and exhibits attached thereto, the Request for Judicial Notice in Support of the Motion for Enforcement of Voluntary Dismissal of Claims Related to System Suite Software, the [Proposed] Order Granting Motion for Enforcement of Voluntary Dismissal of Claims Related to System Suite Software, and such other written or oral argument as may be presented at or before the time this motion is ruled upon by the Court.

Dated: September 10, 2014                ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ N. Kathleen Strickland
　　N. KATHLEEN STRICKLAND
　　DEVIN C. COURTEAU
　　JUSTIN A. ZUCKER
　　Attorneys for Defendant
　　AVANQUEST NORTH AMERICA INC.