Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

N. KATHLEEN STRICKLAND (SBN 64816)
kstrickland@rmkb.com
LAEL D. ANDARA (SBN 215416)
landara@rmkb.com
DEVIN C. COURTEAU (SBN 197505)
dcourteau@rmkb.com
JUSTIN A. ZUCKER (SBN 284401)
jzucker@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

*Attorneys for Defendant*
AVANQUEST NORTH AMERICA INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHNNY BOYD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>AVANQUEST NORTH AMERICA, INC., a California corporation,<br><br>*Defendant*. | Case No. 3:12-cv-04391-WHO<br><br>**PARTIES' STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON AVANQUEST'S MOTION TO DISMISS**<br><br>Judge: Honorable William H. Orrick<br>Action Filed: August 21, 2012 |

1       Plaintiff Johnny Boyd ("Boyd") and Defendant Avanquest North America, Inc.
("Avanquest") (collectively, the "Parties"), hereby stipulate and agree, subject to the Court's approval, to extend the briefing schedule on Avanquest's pending Motion to Dismiss (Dkt. 144) (the "Motion") such that Plaintiff's opposition to the Motion shall be due no later than September 19, 2014 and Avanquest's reply in support of the Motion shall be due no later than September 26, 2014. In support of the instant stipulation, the Parties state as follows:

      WHEREAS, on August 29, 2014, Avanquest filed its Motion to Dismiss (Dkt. 144);

      WHEREAS, pursuant to Local Rule 7-3, Plaintiff's deadline to file an opposition to Avanquest's Motion is September 12, 2014 and Avanquest's deadline to file a reply in support of its Motion is September 19, 2014;

      WHEREAS, on September 11, 2014, the Parties engaged in a case management conference before Magistrate Judge Beeler, during which they stipulated and agreed to extend the briefing schedule on Defendant's Motion such that Plaintiff shall have until September 19, 2014 to file his opposition to the Motion and Avanquest shall have until September 26, 2014 to file a reply in support of the Motion;

      WHEREAS, the relief requested herein is sought in good faith and not for any improper purpose, such as delay;

      NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1.     Plaintiff shall file his opposition to Avanquest's Motion to Dismiss no later than September 19, 2014; and

2.     Avanquest shall file its reply in support of its Motion to Dismiss no later than September 26, 2014.

      IT IS SO STIPULATED.

| | |
|---|---|
| | **JOHNNY BOYD**, individually and on behalf of all others similarly situated, |
| Dated: September 11, 2014 | By: /s/ Benjamin H. Richman |
| | One of Plaintiff's Attorneys |
| | Jay Edelson (Admitted *Pro Hac Vice*) |
| | jedelson@edelson.com |
| | Rafey S. Balabanian (Admitted *Pro Hac Vice*) |
| | rbalabanian@edelson.com |
| | Benjamin H. Richman (Admitted *Pro Hac Vice*) |
| | brichman@edelson.com |
| | Chandler R. Givens (Admitted *Pro Hac Vice*) |
| | cgivens@edelson.com |
| | EDELSON PC |
| | 350 North LaSalle Street, Suite 1300 |
| | Chicago, Illinois 60654 |
| | Tel: 312.589.6370 |
| | Fax: 312.589.6378 |
| | |
| | Mark Eisen (SBN – 289009) |
| | meisen@edelson.com |
| | EDELSON PC |
| | 555 West Fifth Street, 31st Floor |
| | Los Angeles, California 90013 |
| | Tel: 213.533.4100 |
| | Fax: 213.947.4251 |
| Dated: September 11, 2014 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By:/s/ Kathleen Strickland |
| | KATHLEEN STRICKLAND |
| | DEVIN C. COURTEAU |
| | JUSTIN A. ZUCKER |
| | Attorneys for Defendant |
| | AVANQUEST NORTH AMERICA INC. |

### **FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)**

I, Benjamin H. Richman, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing ***Parties' Stipulation and [Proposed] Order Extending Briefing Schedule on Avanquest's Motion to Dismiss***, and that Kathleen Strickland has concurred in this filing.

/s/ Benjamin H. Richman

# **ORDER**

Pursuant to the Stipulation of the Parties, it is HEREBY ORDERED:

1. Plaintiff shall file his opposition to Avanquest's Motion to Dismiss no later than September 19, 2014; and

3. Avanquest shall file its reply in support of its Motion to Dismiss no later than September 26, 2014.

IT IS SO ORDERED.

ENTERED: September 12, 2014



HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE