Samuel M. Lasser (SBN - 252754)
samlasser@hotmail.com
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHHNY BOYD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC., a California corporation,<br><br>*Defendant*. | Case No. 3:12-cv-04391-WHO<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Judge: Hon. William H. Orrick<br><br>Action Filed: August 21, 2012 |

1  **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** Mark S. Eisen withdraws as local counsel of record for
3  Plaintiff and the putative class in the above-captioned matter. Samuel M. Lasser of the Law Office
4  of Samuel Lasser, an attorney in good standing with the California bar, will replace Mr. Eisen as
5  local counsel of record. Attorneys Jay Edelson, Rafey S. Balabanian, Benjamin H. Richman, and
6  Chandler R. Givens will also continue to represent Plaintiff and the putative class in this action.

7                  Respectfully submitted,

8  Dated: November 4, 2014      By:/s/ Mark S. Eisen

9
10  Dated: November 4, 2014      By: /s/ Samuel M. Lasser
                                                    One of Plaintiff's Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Samuel M. Lasser (SBN - 252754)
samlasser@hotmail.com
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

*Attorneys for Plaintiff and the Putative Class*

---

NOTICE OF CHANGE IN COUNSEL         2        CASE NO. 3:12-cv-04391-WHO

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Samuel M. Lasser, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: November 4, 2014     By:    By:     /s/ Samuel M. Lasser
                                                                                    Samuel M. Lasser

**CERTIFICATE OF SERVICE**

I, Samuel M. Lasser, hereby certify that on November 4, 2014, I served the above and foregoing *Notice of Change in Counsel* by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 4th day of November 2014.

                                                           /s/ Samuel M. Lasser
                                                           Samuel M. Lasser