UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY BOYD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVANQUEST NORTH AMERICA INC,<br><br>　　　　Defendant. | Case No. 12-cv-04391-WHO<br><br>**ORDER RE: AVANQUEST'S APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 166 |

Avanquest's request for the court to continue or stay the deadline for Avanquest to respond to the plaintiff's Second Amended Complaint is DENIED. However, since the deadline is tomorrow, I will give a brief extension to Avanquest until Monday, November 10 to respond to the Second Amended Complaint.

**IT IS SO ORDERED**.

Dated: November 6, 2014



WILLIAM H. ORRICK
United States District Judge