N. KATHLEEN STRICKLAND (SBN 64816)
LAEL D. ANDARA (SBN 215416)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA 94105-5173
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301
Email:       kstrickland@rmkb.com
             landara@rmkb.com
             dcourteau@rmkb.com
             jzucker@rmkb.com

Attorneys for Defendant
AVANQUEST NORTH AMERICA INC.

JAY EDELSON (Admitted *Pro Hac Vice*)
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone:   312.589.6370
Facsimile:   312.589.6378
Email:       jedelson@edelson.com
             rbalabanian@edelson.com
             brichman@edelson.com
             cgivens@edelson.com

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY BOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVANQUEST NORTH AMERICA INC.,<br><br>Defendant. | CASE NO.  3:12-CV-04391-WHO<br><br>**STIPULATED REQUEST FOR ORDER SETTING REVISED DISCOVERY SCHEDULE AND CONTINUING OTHER COURT-SET DEADLINES; ORDER** |

Pursuant to Local Rules 6-1, 6-2, and 7-12, and Magistrate Judge Laurel Beeler's September 11, 2014 Order (Dkt. No. 155), Plaintiff Johnny Boyd ("Plaintiff") and defendant, Avanquest North America Inc. ("Avanquest") (Plaintiff and Avanquest are referred to collectively as the "Parties"), by and through their undersigned counsel, submit this Stipulated Request for Order Setting Revised Discovery Schedule and Continuing Other Court-Set Deadlines and [Proposed] Order.

WHEREAS, through the Orders located at Docket Nos. 135, 138 and 142, this Court set a schedule of discovery and other case deadlines;

WHEREAS, Magistrate Judge Beeler issued an Order Regarding Discovery and Case Management on September 11, 2014, which temporarily stayed discovery and provided that "after resolution of Avanquest's motion to dismiss, the parties will meet and confer about their proposed discovery schedule and work out an orderly time line for their remaining discovery and depositions" (Dkt. No. 155);

WHEREAS, in accordance with Judge Beeler's September 11th Order, the Parties have conferred and agreed to request the entry of a revised schedule of discovery and other case deadlines as follows:

| | Event | Current Deadline | Proposed Deadline |
|---|---|---|---|
| 1. | Plaintiff to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) of expert witnesses and reports relating to Class Certification | August 27, 2014 | January 9, 2015 |
| 2. | Defendant to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) of rebuttal expert witnesses and reports relating to Class Certification | September 29, 2014 | February 13, 2015 |
| 3. | Defendant to depose Plaintiff's experts related to Class Certification | September 29, 2014 | February 13, 2015 |
| 4. | Plaintiff to depose Defendant's rebuttal experts related to Class Certification | October 29, 2014 | March 13, 2015 |
| 5. | Plaintiff to file Motion for Class Certification and all supporting materials | December 1, 2014 | April 10, 2015 |

| # | Event | Current Date | New Date |
|---|---|---|---|
| 6. | Defendant to file Opposition to Motion for Class Certification and all supporting materials | December 22, 2014 | May 1, 2015 |
| 7. | Plaintiff to file Reply in Support of Motion for Class Certification | January 12, 2015 | May 15, 2015 |
| 8. | Merits Discovery Cut-Off | January 23, 2015 | April 24, 2015 |
| 9. | Hearing on Motion for Class Certification | January 28, 2015, at 2:00 p.m. | May 27, 2015, at 2:00 p.m., or such other date and time as may be convenient for the Court |
| 10. | Plaintiff to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) of expert witnesses and reports relating to Merits Issues | March 23, 2015 | May 29, 2015 |
| 11. | Defendant to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) of rebuttal expert witnesses and reports relating to Merits Issues | May 8, 2015 | June 26, 2015 |
| 12. | Merits Expert Discovery Cut-Off | June 23, 2015 | July 24, 2015 |
| 13. | Deadline to file Pretrial (MSJ) and Daubert Motions | July 15, 2015 | July 29, 2015 |
| 14. | Deadline to file Oppositions to Pretrial (MSJ) and Daubert Motions | August 12, 2015 | August 26, 2015 |
| 15. | Deadline to file Replies in support of Pretrial (MSJ) and Daubert Motions | August 26, 2015 | September 9, 2015 |
| 16. | Hearing on Pretrial (MSJ) and Daubert Motions | September 9, 2015 | September 23, 2015 |

WHEREAS, the Parties believe good cause exists to enter the above-proposed revised schedule of discovery and other case deadlines in this action;

WHEREAS, pursuant to Local Rule 6-1(b), the Parties may stipulate in writing "for any enlargement . . . of time that alters an event or deadline already fixed by Court order[;]" and,

WHEREAS, the Parties are not aware of any other date fixed by Court order that will be altered by the instant stipulation, other than those set forth above.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

(1) The deadline for Plaintiff to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) of expert witnesses and reports relating to Class Certification shall be continued from August 27, 2014 to January 9, 2015;

(2) The deadline for Defendant to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) of rebuttal expert witnesses and reports relating to Class Certification shall be continued from September 29, 2014 to February 13, 2015;

(3) The deadline for Defendant to depose Plaintiff's experts related to Class Certification shall be continued from September 29, 2014 to February 13, 2015;

(4) The deadline for Plaintiff to depose Defendant's rebuttal experts related to Class Certification shall be continued from October 29, 2014 to March 13, 2015;

(5) The deadline for Plaintiff to file his Motion for Class Certification and all supporting materials shall be continued from December 1, 2014 to April 10, 2015;

(6) The deadline for Defendant to file its Opposition to Plaintiff's Motion for Class Certification and all supporting materials shall be continued from December 22, 2014 to May 1, 2015;

(7) The deadline for Plaintiff to file his Reply in Support of his Motion for Class Certification shall be continued from January 12, 2015 to May 15, 2015;

(8) The Merits Discovery Cut-Off shall be continued from January 23, 2015 to April 24, 2015;

(9) The Hearing on Plaintiff's Motion for Class Certification shall be reset from January 28, 2015 to May 27, 2015, at 2:00 p.m., or such other date and time as may be convenient for the Court;

(10) The deadline for Plaintiff to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) of expert witnesses and reports relating to Merits Issues shall be continued from March 23, 2015 to May 29, 2015;

(11) The deadline for Defendant to serve disclosures pursuant to Fed. R. Civ. P.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

26(a)(2) of rebuttal expert witnesses and reports relating to Merits Issues shall be continued from May 8, 2015 to June 26, 2015;

    (12)    The Merits Expert Discovery Cut-Off shall be continued from June 23, 2015 to July 24, 2015;

    (13)    The deadline to file Pretrial (MSJ) and Daubert Motions shall be continued from July 15, 2015 to July 29, 2015;

    (14)    The deadline to file Oppositions to Pretrial (MSJ) and Daubert Motions shall be continued from August 12, 2015 to August 26, 2015;

    (15)    The deadline to file Replies in support of Pretrial (MSJ) and Daubert Motions shall be continued from August 26, 2015 to September 9, 2015; and

    (16)    The Hearing on Pretrial (MSJ) and Daubert Motions shall be continued from September 9, 2015 to September 23, 2015.

**IT IS SO STIPULATED.**

Dated: December 5, 2014        AVANQUEST NORTH AMERICA INC.,

By:   /s/ N. Kathleen Strickland
One of Defendant's Attorneys

N. KATHLEEN STRICKLAND
kstrickland@rmkb.com
LAEL D. ANDARA
landara@rmkb.com
DEVIN C. COURTEAU
dcourteau@rmkb.com
JUSTIN A. ZUCKER
jzucker@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA 94105-5173
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*San Francisco*

1  **JOHNNY BOYD**, individually and on behalf of all others similarly situated,

Dated: December 5, 2014        By: /s/ Benjamin H. Richman
                                   One of Plaintiff's Attorneys

   Jay Edelson (Admitted *Pro Hac Vice*)
   jedelson@edelson.com
   Rafey S. Balabanian (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
   Benjamin H. Richman (Admitted *Pro Hac Vice*)
   brichman@edelson.com
   Chandler R. Givens (Admitted *Pro Hac Vice*)
   cgivens@edelson.com
   EDELSON PC
   350 North LaSalle Street, Suite 1300
   Chicago, Illinois 60654
   Tel: 312.589.6370
   Fax: 312.589.6378

   Samuel Lasser (SBN – 252754)
   samlasser@hotmail.com
   LAW OFFICE OF SAMUEL LASSER
   1934 Divisadero Street
   San Francisco, California 94115
   Tel: 415.994.9930
   Fax: 415.776.8047

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulated Request for Order Setting Revised Discovery Schedule and Continuing Other Court-Set Deadlines; [Proposed] Order. I hereby attest that the above-referenced signatory to this Stipulated Request has concurred in this filing.

Dated: December 5, 2014             /s/ N. Kathleen Strickland
                                    N. Kathleen Strickland

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED except as modified below:**

The deadline for Plaintiff to file his Motion for Class Certification and all supporting materials shall be continued from December 1, 2014 to April **8**, 2015;

The deadline for Defendant to file its Opposition to Plaintiff's Motion for Class Certification and all supporting materials shall be continued from December 22, 2014 to April **29**, 2015; and

The deadline for Plaintiff to file his Reply in Support of his Motion for Class Certification shall be continued from January 12, 2015 to May 1**3**, 2015;

Entered: December 8, 2014

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE