1  Jay Edelson (Admitted *Pro Hac Vice*)
   jedelson@edelson.com
2  Rafey S. Balabanian (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
3  Benjamin H. Richman (Admitted *Pro Hac Vice*)
   brichman@edelson.com
4  Edelson PC
   350 North LaSalle Street, Suite 1300
5  Chicago, Illinois 60654
   Tel: 312.589.6370
6  Fax: 312.589.6378

7  Samuel M. Lasser (SBN 252754)
   samlasser@hotmail.com
8  Law Office of Samuel Lasser
   1934 Divisadero Street
9  San Francisco, California 94115
   Tel.: 415.994.9930
10 Fax: 415.776.8047

11 *Attorneys for Plaintiff and the Putative Class*

12 N. KATHLEEN STRICKLAND (SBN 64816)
   DEVIN C. COURTEAU (SBN 197505)
13 JUSTIN A. ZUCKER (SBN 284401)
   ROPERS, MAJESKI, KOHN & BENTLEY
14 150 Spear Street, Suite 850
   San Francisco, CA 94105
15 Telephone:    (415) 543-4800
   Facsimile:    (415) 972-6301
16 Email:        kstrickland@rmkb.com
                 landara@rmkb.com
17               dcourteau@rmkb.com
                 jzucker@rmkb.com
18
   *Attorneys for Defendant*
19 AVANQUEST NORTH AMERICA INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHNNY BOYD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>AVANQUEST NORTH AMERICA, INC., a California corporation,<br><br>*Defendant*. | Case No. 3:12-cv-04391-WHO<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:         Hon. William H. Orrick<br>Date:          March 24, 2015<br>Courtroom.:    2 (17th Floor)<br>Action Filed:  August 21, 2012<br>Trial Date:    January 19, 2016 |

Pursuant to Fed. R. Civ. P. 26, Local Rule 16-9 and the Standing Order for all Judges of the Northern District of California, Plaintiff Johnny Boyd ("Boyd" or "Plaintiff") and Defendant Avanquest North America Inc. ("Avanquest" or "Defendant") (collectively, the "Parties"), hereby jointly submit the following Case Management Statement.

As a preliminary note, the statements made in the Parties' last joint case management statement, filed February 3, 2015 (Dkt. No. 182), remain the same. Since the statements have not changed, they are not being repeated again here.

## I. SETTLEMENT AND ADR

As they have informed the Court, the Parties participated in a private mediation before the Honorable Dickran M. Tevrizian (ret.) of JAMS on June 3, 2014. As they explained to the Court during the telephonic case management conference conducted on February 10, 2015, the Parties have since resumed settlement discussions and reached an agreement in principle on the terms of a proposed class-wide settlement of all claims asserted against Avanquest in this matter. The Parties are now in the process of reducing their proposed agreement to writing and anticipate that Plaintiff will file a motion for preliminary approval of their proposed class action settlement, as requested (Dkt. No. 184), no later than April 28, 2015.

At this time, the Parties believe that vacating the Further Case Management Conference scheduled for March 24, 2015 and otherwise staying all pending deadlines in this matter would be beneficial to their efforts to finalize the proposed settlement and therefore, respectfully request that the Court enter an Order to that effect.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: March 17, 2015 | **JOHNNY BOYD**, individually and on behalf of all others similarly situated, |
| 3 | | |
| 4 | | By: /s/ Benjamin H. Richman<br>    One of Plaintiff's Attorneys |
| 5 | | Jay Edelson (Admitted *Pro Hac Vice*)<br>jedelson@edelson.com |
| 6 | | Rafey S. Balabanian (Admitted *Pro Hac Vice*)<br>rbalabanian@edelson.com |
| 7 | | Benjamin H. Richman (Admitted *Pro Hac Vice*)<br>brichman@edelson.com |
| 8 | | Edelson PC<br>350 North LaSalle Street, Suite 1300 |
| 9 | | Chicago, Illinois 60654<br>Tel: 312.589.6370 |
| 10 | | Fax: 312.589.6378 |
| 11 | | Samuel M. Lasser (SBN 252754)<br>samlasser@hotmail.com |
| 12 | | Law Office of Samuel Lasser<br>1934 Divisadero Street |
| 13 | | San Francisco, California 94115<br>Tel.: 415.994.9930 |
| 14 | | Fax: 415.776.8047 |
| 15 | Dated: March 17, 2015 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 16 | | By: /s/ N. Kathleen Strickland |
| 17 | | KATHLEEN STRICKLAND<br>DEVIN C. COURTEAU |
| 18 | | JUSTIN A. ZUCKER<br>Attorneys for Defendant |
| 19 | | AVANQUEST NORTH AMERICA INC. |

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)**

I, Benjamin H. Richman, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing *Joint Case Management Statement* and that the above-referenced signatory has concurred in this filing.

/s/ Benjamin H. Richman