UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY BOYD,

    Plaintiff,

    v.

AVANQUEST NORTH AMERICA INC,

    Defendant.

Case No. 12-cv-04391-WHO

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 188

The parties submitted a joint case management statement regarding the case management conference currently scheduled for May 12, 2015. In anticipation of a potential class-wide settlement agreement, they request that I vacate the May 12 case management conference and set a deadline for plaintiff to file his anticipated motion for preliminary approval of the proposed class action settlement.

I GRANT the parties' requests, and VACATE the case management conference set for May 12, 2015. Plaintiff shall file the anticipated motion for preliminary approval of the proposed class action settlement by May 19, 2015.

**IT IS SO ORDERED**.

Dated: May 7, 2015

WILLIAM H. ORRICK
United States District Judge