UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY BOYD,

    Plaintiff,

    v.

AVANQUEST NORTH AMERICA INC,

    Defendant.

Case No. 12-cv-04391-WHO

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 194

Per the request contained in the Parties' Joint Status Report (Dkt. 194), the Case Management Conference set for September 29, 2015, is VACATED, and plaintiff shall file his renewed motion for preliminary approval of the parties' proposed class action settlement by September 29, 2015.

**IT IS SO ORDERED**.

Dated: September 25, 2015

WILLIAM H. ORRICK
United States District Judge