**Pages 1 - 3**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Orrick, Judge

| | |
|---|---|
| BENSON WORLEY, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiffs, ) ) VS. ) AVANQUEST NORTH AMERICA, INC., ) a CALIFORNIA corporation, ) ) Defendant. ) ) | **NO. C 12-04391 WHO** |

San Francisco, California
Wednesday, October 14, 2015

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
    EDELSON PC
    350 North LaSalle Street - Suite 1300
    Chicago, Illinois 60654
**BY: BENJAMIN H. RICHMAN, ATTORNEY AT LAW**

For Defendant:
    ROPERS, MAJESKI, KOHN & BENTLEY
    150 Spear Street - Suite 850
    San Francisco, California  94105
**BY: KATHLEEN STRICKLAND, ATTORNEY AT LAW**

Reported By:    Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
    Official Reporter

```
 1    Wednesday - October 14, 2015                          2:02 p.m.
 2                           P R O C E E D I N G S
 3                                 ---000---
 4         THE CLERK:  Calling civil matter 12-4391, Worley
 5    versus Avanquest North America.
 6          Counsel, please come forward and state your appearances.
 7           MR. RICHMAN:  Good afternoon, Your Honor.  Ben Richman
 8    on behalf of the plaintiff.
 9           THE COURT:  Mr. Richman.
10           MS. STRICKLAND:  Good afternoon, Your Honor.  Kathleen
11    Strickland on behalf of Avanquest.
12           THE COURT:  Ms. Strickland.
13         You got it.
14           MS. STRICKLAND:  Thank you.
15           MR. RICHMAN:  We got it.
16                               (Laughter)
17           THE COURT:  I previously found that the Rule 23
18    requirements were satisfied, that this was a serious and
19    noncollusive negotiation, that the noncash relief -- you
20    persuaded me last time -- that the noncash relief provisions
21    were appropriate in light of Avanquest's finances and a review
22    of the software that's involved.
23          And the noticed class counsel and class rep were okay.
24    The problems that I had were with the release and with the
25    expiration of the vouchers.  You solved that problem.
```

```
 1         So when would you like to have a final hearing?
 2         MR. RICHMAN:  You know what, Your Honor?  Could I
 3  submit the proposed order to you with that date filled in?  I
 4  had the entire schedule written out.  I just have misplaced it.
 5         THE COURT:  If you want to do that.  I may amend it
 6  slightly, so do it in electronic form.
 7         MR. RICHMAN:  Of course.
 8         THE COURT:  But, yes, fill in the date that works.
 9     Is there anything else that you wanted to put on the
10  record at this point?
11         MS. STRICKLAND:  I don't think so, Your Honor.
12         MR. RICHMAN:  I don't think so, Your Honor.  Thank you
13  very much.
14         THE COURT:  Okay.  Well, congratulations.
15         MS. STRICKLAND:  Thank you.
16         MR. RICHMAN:  Thank you.  We appreciate it.
17              (Proceedings adjourned at 2:04 p.m.)
18                         ---oOo---
```

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Friday, November 20, 2015

_____

Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
U.S. Court Reporter