UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY BOYD,<br><br>    Plaintiff,<br><br>    v.<br><br>AVANQUEST NORTH AMERICA INC,<br><br>    Defendant. | Case No.  12-cv-04391-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with January 29, 2016 Final Approval Order.

**IT IS SO ORDERED**.

Dated: January 29, 2016



WILLIAM H. ORRICK
United States District Judge